# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

|  |  |  |
|---|---|---|
| **CHRIS HAULMARK**, | ) | |
| Plaintiff, | ) | |
| V. | ) | |
| **CITY OF WICHITA**, | ) | |
| and | ) | Civil Action No. <u>6:21-cv-1182-EFM-TJJ</u> |
| **BRANDON WHIPPLE**, in his official | ) | |
| capacity as the Mayor of the | ) | |
| City of Wichita, | ) | |
| Defendants. | ) | |
| _____ | ) | |

## INDEX OF EXHIBITS

<u>Exhibit #1</u>:  Affidavit by Plaintiff Chris Haulmark

# EXHIBIT #1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **CHRIS HAULMARK**, | ) |
| Plaintiff, | ) |
| V. | ) |
| **CITY OF WICHITA**, | ) |
| and | ) Civil Action No.  6:21-cv-1182-EFM-TJJ |
| **BRANDON WHIPPLE**, in his official | ) |
| capacity as the Mayor of the | ) |
| City of Wichita, | ) |
| Defendants. | ) |
| _____ | ) |

### AFFIDAVIT BY PLAINTIFF CHRIS HAULMARK

I, Chris Haulmark, being first duly sworn upon my oath, depose, and say,

1.      As the Plaintiff in the above-entitled action, I commenced a civil action against two of the Defendants in the United States District Court for the District of Kansas by filing a Complaint on July 27, 2021. (See *Complaint*) (Docket No. 1)

2.      The caption of this case names two Defendants-- City of Wichita and Brandon Whipple in his official capacity as the Mayor of the City of Wichita in his official capacity.

3.      I am a resident of Olathe, Johnson County, Kansas.

4.      I am Deaf. More specifically, I am culturally-Deaf, and bilingual in both American Sign Language (ASL) and written English.

5.      I watch videos on internet-equipped devices with the assistance of captioning. When a transcript is available, I am able to access audio-only content.

## EXHIBIT #1

6.      Since real-time captioning and transcripts have been provided since the early 1990s, I grew up watching the C-SPAN channel to keep track of the congressional members, executive agencies, and many other governmental activities.

7.      I have been participating in the political process for over two decades as a contributing constituent.

8.      I am known throughout the communities within and surrounding the County of Johnson as a community leader.

9.      I was a congressional candidate for the Third Congressional District of Kansas between May, 2017 to January, 2018.

10.     I was a state representative candidate between February 2018, and November 2018.

11.     My passion in the political process comes from wanting to make this world better for future Deaf generations. As a Deaf role model with a national following, I share my knowledge of civics/politics, experiences as a political leader, and other messages in American Sign Language to encourage members of the Deaf community to be more involved in democracy, especially when it comes to the fight for recognition of the Deaf community's needs in our beloved country.

12.     I share my political views on my own social media platforms-- Facebook and YouTube Channel[1]-- which are in both American Sign Language and include subtitles in both English and Spanish. The Defendants are not allowing me access to their discussions of city government and politics, so I cannot share my political views on their social media platforms.

---

[1] Haulmark for Kansas, https://www.youtube.com/channel/UCDgn7b-ZC8hYdJC6haWj9gg/videos

# EXHIBIT #1

13.     Since June 2020, I have repeatedly requested, with citations to Title II of the ADA, and discussed my accommodation needs on Defendant Whipple's Facebook page to obtain communication access to the live streaming and published videos.

14.     Defendant Whipple continued to refuse to provide any accommodations to ensure that I am not excluded from his live streaming and published videos.

15.     The current automatic machine-generated captioning, available for some videos, on the <u>City of Wichita</u> Youtube Channel and other social media platforms (i.e., Facebook, YouTube, Twitter, etc.), frequently contains errors and omissions that make it difficult or impossible for me to understand the information being provided on issues of public concern.

16.     All of the social media platforms managed by the Defendants contain videos and audio-only content that are not readily accessible for me because many does not contain equally accurate captioning, transcripts, or sign interpretation.

17.     For a year, it has been and is currently very distressing to experience the rejection of participating in the democratic process solely because I am Deaf. Many acquaintances and colleagues, who do not have a hearing disability, are learning through the actions of the Defendants that it is acceptable for Deaf people, including me, to outright rejected from participating in the political and democratic processes. These experiences make me feel helpless, inadequate, and impotent.

18.     Daily, friends and colleagues share about the policy-making and the impact of the City of Wichita on social media and in other public spaces, and yet the Defendants' content are inaccessible to me. My source of these activities is very limited which consists

# EXHIBIT #1

of media news outlets and what friends and colleagues choose to share. Because of this discriminatory intent by the Defendants, I feel valueless and unworthy to be a political leader simply because of my hearing disability.

19.     As an individual without any formal legal training and experience, it is frustrating and exhausting to stand up to battle against the Defendants just so I would be able to participate as a member of the public and, hopefully sometime in the future, as an elected member of a public office.

20.     If the city government had already implemented accessible online broadcasting services for individuals with hearing disabilities years ago as required under Title II of the Americans with Disabilities Act, I would not have experienced the hardships, frustrations, and setbacks I have had over the last year.

21.     I have written all the Facebook replies of request for communication accessibility, as well as all the legal filings. Everything I have written and filed in this case is true, to the best of my knowledge.

**Pursuant to 28 U.S.C. Section 1746, I declare under penalty of perjury that the foregoing is true and correct.**

-----------------------------------------------------------------

Respectfully submitted this 27th of July
2021

/s/ChrisHaulmark
PLAINTIFF, *pro se*
chris@sigd.net
600 S. Harrison St
Apt #11
Olathe, KS 66061
512-366-3981