AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 6:21-cv-01182-EFM-TJJ

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* City of Wichita and Brandon Whipple as Mayor of Wichita was received by me on *(date)* 07/29/2021.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Brandon Whipple, Mayor, who is designated by law to accept service of process on behalf of *(name of organization)* City of Wichita and Brandon Whipple as Mayor of Wichita on *(date)* 07/29/2021 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 08/03/2021

*Server's signature*

Chris Haulmark
*Printed name and title*

600 S. Harrison St., Apt. #11
Olathe, KS 66061
*Server's address*

Additional information regarding attempted service, etc:

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Brandon Whipple
   Mayor, City of Wichita
   455 N. Main
   Wichita, KS 67202

   9590 9402 6934 1104 1114 61

2. Article Number (Transfer from service label)

   7021 0950 0001 5200 3803

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X John Clay         ☐ Agent
                       ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   JO WPW                        7/29/21

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:     ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**UNITED STATES POSTAL SERVICE.**

OLATHE
110 N CHESTNUT ST
OLATHE, KS 66061-9998
(800)275-8777

07/27/2021                        03:45 PM

```
Product                  Qty  Unit    Price
                              Price

First-Class Mail®         1            $1.80
Large Envelope
    Wichita, KS 67202
    Weight: 0 lb 5.00 oz
    Estimated Delivery Date
        Fri 07/30/2021
Certified Mail®                        $3.60
    Tracking #:
        70210950000152003803
Return Receipt                         $2.85
    Tracking #:
        9590 9402 6934 1104 1114 61
Total                                  $8.25

Grand Total:                           $8.25

Credit Card Remitted                   $8.25
    Card Name: MasterCard
    Account #: XXXXXXXXXXXX0876
    Approval #: 53812P
    Transaction #: 984
    AID: A0000000041010        Chip
    AL: Mastercard
    PIN: Not Required          Mastercard
```

*********************************************
USPS is experiencing unprecedented volume
    increases and limited employee
    availability due to the impacts of
COVID-19. We appreciate your patience.
*********************************************

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
    Associate can show you how.

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
 and Data rates may apply. You may also
 visit www.usps.com USPS Tracking or call
            1-800-222-1811.

          Preview your Mail
          Track your Packages
          Sign up for FREE @
       https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
       Thank you for your business.

       Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device,

                 or call 1-800-410-7420.