Randall K. Rathbun #09765
Depew Gillen Rathbun & McInteer LC
8301 E. 21st Street, Suite 450
Wichita, KS  67206-2936
Telephone:  (316) 262-4000
randy@depewgillen.com

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

| | |
|---|---|
| CHRIS HAULMARK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.:  21-1182-EFM-TJJ |
| | ) |
| CITY OF WICHITA and BRANDON WHIPPLE, in his official capacity as the Mayor of the City of Wichita, | ) |
| | ) |
| Defendants. | ) |

## ENTRY OF APPEARANCE

COMES NOW Randall K. Rathbun of Depew Gillen Rathbun & McInteer, LC, and enters his appearance herein on behalf of Defendant Brandon Whipple.

Respectfully submitted,

DEPEW GILLEN RATHBUN & MCINTEER LC

/s/Randall K. Rathbun
Randall K. Rathbun #09765
8301 E. 21st Street N., Suite 450
Wichita, KS 67206-2936
(316) 262-4000
Randy@depewgillen.com
*Attorneys for Defendant Whipple*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of August, 2021, the above and foregoing **Entry of Appearance** was filed via ECF and notice sent to:

Chris Haulmark
600 S. Harrison Street, Apt. 11
Olathe, KS 66061
chris@sigd.net
*Plaintiff pro se*

/s/Randall K. Rathbun
Randall K. Rathbun #09765