IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| CHRIS HAULMARK,<br><br>               Plaintiff,<br><br>vs.<br><br>CITY OF WICHITA and BRANDON WHIPPLE, in his official capacity as the Mayor of the City of Wichita,<br><br>               Defendants. | Case No.: 21-1182-EFM-TJJ |

**CLERK'S ORDER EXTENDING TIME TO PLEAD**

NOW on this 12th day of August 2021, it is ordered that the defendant Brandon Whipple is hereby granted fourteen (14) additional days in which to answer to otherwise plead to plaintiff's Complaint, being until the 2nd day of September, 2021.

Defendant's answer is currently due on August 19, 2021.

This Order Extending Time to Plead will cause the answer due date to be September 2, 2021.

The time originally prescribed has not expired.

BY ORDER OF THE CLERK, pursuant to D. Kan. R. 77.2.

TIMOTHY O'BRIEN, CLERK


By <u>s/ J. Kendall</u>
           Deputy Clerk


Submitted by:

<u>/s/Randall K. Rathbun</u>
Randall K. Rathbun #09765
8301 E. 21st Street N., Suite 450
Wichita, KS 67206-2936
(316) 262-4000
Randy@depewgillen.com
*Attorneys for Defendant Whipple*