JENNIFER MAGAÑA
City Attorney
ERIK S. HOUGHTON
Deputy City Attorney
City Hall – 13th Floor
455 North Main
Wichita, Kansas  67202-1635
(316) 268-4681
FAX:  (316) 858-7777

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CHRIS HAULMARK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.:  6:21-cv-01182-EFM-TJJ |
| | ) |
| CITY OF WICHITA, and | ) |
| BRANDON WHIPPLE, in his official | ) |
| Capacity as the Mayor of the City of | ) |
| Wichita, | ) |
| | ) |
| Defendants. | ) |

## CLERK'S ORDER EXTENDING TIME TO PLEAD

PURSUANT to Rule 77.2(a)(2) of the Rules of Practice of the United States District Court for the District of Kansas, it is ordered that Defendant City of Wichita is hereby granted fourteen (14) additional days in which to answer or otherwise plead to plaintiff's Complaint, being until September 2, 2021.

1. That the answer date of said Defendant City of Wichita is August 19, 2021;

2. That the time originally prescribed for answering or otherwise responding to Plaintiff's Complaint has not expired and that said Defendant is not in default; and

3. That said Defendant is entitled to a fourteen (14) day extension of time, until and through September 2, 2021, in which to file its answer or otherwise respond to Plaintiff's Complaint.

IT IS, THEREFORE, ORDERED that Defendant City of Wichita be granted an extension of time until and through September 2, 2021, in which to file its answer or otherwise respond to Plaintiff's Complaint.

By  s/ J. Kendall
    Deputy Clerk

Submitted by:

OFFICE OF THE CITY ATTORNEY

/s Erik S. Houghton
Erik S. Houghton, #27368
Deputy City Attorney
City Hall – 13th Floor
455 N. Main
Wichita, KS  67202
(316) 268-4681
Fax:  (316) 858-7777
Email:  ehoughton@wichita.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of August, 2021, I presented the above and foregoing **Order Extending Time to Plead** to the clerk of the court for filing and uploading to the CM/ECF system which will send a notice of electronic filing to Plaintiff as follows:

None

And I place a copy of the same in the United States Mail, postage prepaid and properly addressed to Plaintiff as follows:

Chris Haulmark
600 S. Harrison St., Apt. #11
Olathe, KS 66061

                                      s/ Erik S. Houghton
                                      Erik S. Houghton, #27368
                                      Deputy City Attorney