JENNIFER MAGAÑA
City Attorney
ERIK S. HOUGHTON
Deputy City Attorney
City Hall – 13th Floor
455 North Main
Wichita, Kansas 67202-1635
(316) 268-4681
FAX: (316) 858-7777

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CHRIS HAULMARK, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No.: 6:21-cv-01182-EFM-TJJ |
| CITY OF WICHITA, and BRANDON WHIPPLE, in his official Capacity as the Mayor of the City of Wichita, | ) |
| Defendants. | ) |

**DESIGNATION OF PLACE OF TRIAL**

COMES NOW the defendant City of Wichita, designates Wichita, Kansas, as the place of the trial of this action.

Respectfully submitted,

 /s/ Erik S. Houghton
Erik S. Houghton, #27368
455 North Main, 13th Floor
Wichita, Kansas 67202
Phone: (316) 268-4681
Fax: (316) 858-7777
Email: ehoughton@wichita.gov
*Attorney for Defendant City of Wichita*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 3rd day of September, 2021, I presented the above and foregoing **DESIGNATION OF PLACE OF TRIAL** to the clerk of the court for filing and uploading to the CM/ECF system which will send a notice of such electronic filing to the attorneys of record enrolled in the CM/ECF system, and a copy of same was placed in the United States Mail, postage prepaid and properly addressed to Plaintiff as follows:

Chris Haulmark
600 S. Harrison St., Apt. #11
Olathe, KS 66061

And via email to:

Randall K. Rathbun
Depew, Gillen, Rathbun & McInteer, LC
8301 E. 21st St., Ste. 4500
Wichita, KS 67206-2936
Phone: (316)262-4000
randy@depewgillen.com
*Attorney for Defendant Brandon Whipple*


                                                s/ Erik S. Houghton
                                                Erik S. Houghton, #27368
                                                Deputy City Attorney