JENNIFER MAGAÑA
City Attorney
ERIK S. HOUGHTON
Deputy City Attorney
City Hall – 13th Floor
455 North Main
Wichita, Kansas  67202-1635
(316) 268-4681
FAX:  (316) 858-7777

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CHRIS HAULMARK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.:  6:21-cv-01182-EFM-TJJ |
| | ) |
| CITY OF WICHITA, and | ) |
| BRANDON WHIPPLE, in his official | ) |
| Capacity as the Mayor of the City of | ) |
| Wichita, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## NOTICE OF SERVICE

Defendant City of Wichita hereby notifies the court that initial disclosures pursuant to F.R.Civ.P. 26(a)(1) were electronically served upon the parties on the 18th day of October, 2021.

Respectfully submitted,

 /s/ Erik S. Houghton
Erik S. Houghton, #27368
455 North Main, 13th Floor
Wichita, Kansas 67202
Phone: (316) 268-4681
Fax: (316) 858-7777
Email: ehoughton@wichita.gov
*Attorney for Defendant City of Wichita*

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 18th day of October, 2021, I presented the above and foregoing **NOTICE OF SERVICE** to the clerk of the court for filing and uploading to the CM/ECF system which will send a notice of such electronic filing to the attorneys of record enrolled in the CM/ECF system, and a copy of same was delivered via email as follows:

Chris Haulmark
600 S. Harrison St., Apt. #11
Olathe, KS 66061
Phone: 512-366-3981
chris@sidg.net
*Plaintiff pro se*

Randall K. Rathbun
Depew, Gillen, Rathbun & McInteer, LC
8301 E. 21st St., Ste. 4500
Wichita, KS 67206-2936
Phone: (316)262-4000
randy@depewgillen.com
*Attorney for Defendant Brandon Whipple*

                                                s/ Erik S. Houghton
                                                Erik S. Houghton, #27368
                                                Deputy City Attorney