Randall K. Rathbun #09765
Depew Gillen Rathbun & McInteer LC
8301 E. 21st Street, Suite 450
Wichita, KS  67206-2936
Telephone:  (316) 262-4000
randy@depewgillen.com

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

| | |
|---|---|
| CHRIS HAULMARK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.:  21-1182-EFM-TJJ |
| | ) |
| CITY OF WICHITA and BRANDON WHIPPLE, in his official capacity as the Mayor of the City of Wichita, | ) ) ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

**NOTICE OF SERVICE**

COMES NOW the defendant, Brandon Whipple, and notifies the Court that he has served upon all parties his Rule 26(a)(1) Initial Disclosures.

Respectfully submitted,

DEPEW GILLEN RATHBUN & MCINTEER LC

/s/Randall K. Rathbun
Randall K. Rathbun #09765
8301 E. 21st Street N., Suite 450
Wichita, KS 67206-2936
(316) 262-4000
Randy@depewgillen.com
*Attorneys for Defendant Whipple*

# **CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of October, 2021, the above and foregoing **Notice of Service** was filed via ECF and notice sent to:

Chris Haulmark
600 S. Harrison Street, Apt. 11
Olathe, KS 66061
*Plaintiff pro se*

Erik S. Houghton
City of Wichita
455 N. Main, 13th Floor
Wichita, KS 67202
*Attorneys for Defendant City of Wichita*

                                                /s/Randall K. Rathbun
                                                Randall K. Rathbun #09765