Randall K. Rathbun #09765
Depew Gillen Rathbun & McInteer LC
8301 E. 21st Street, Suite 450
Wichita, KS   67206-2936
Telephone:  (316) 262-4000
randy@depewgillen.com

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

| | |
|---|---|
| CHRIS HAULMARK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.:   21-1182-EFM-TJJ |
| | ) |
| | ) |
| CITY OF WICHITA and BRANDON | ) |
| WHIPPLE, in his official capacity as the | ) |
| Mayor of the City of Wichita, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## STIPULATION FOR EXTENSION

Plaintiff and Defendant Brandon Whipple hereby stipulate, pursuant to Fed. R. Civ. P. 29, that defendant Whipple's time within which to respond to plaintiff's first request for production of documents is extended by seven (7) days until and including November 22, 2021.

SUBMITTED AND APPROVED BY:

DEPEW GILLEN RATHBUN & MCINTEER LC

/s/Randall K. Rathbun
Randall K. Rathbun #09765
8301 E. 21st Street N., Suite 450
Wichita, KS 67206-2936
(316) 262-4000
Randy@depewgillen.com
*Attorneys for Defendant Whipple*

/s/Chris Haulmark
Chris Haulmark
600 S. Harrison Street Apt. 11
Olathe, KS 66061
512-366-3981
chris@sidg.net
*Plaintiff pro se*

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of November, 2021, the above and foregoing

**Stipulation for Extension** was filed via ECF and notice sent to:


Chris Haulmark
600 S. Harrison Street, Apt. 11
Olathe, KS 66061
*Plaintiff pro se*

Erik S. Houghton
City of Wichita
455 N. Main, 13th Floor
Wichita, KS 67202
*Attorneys for Defendant City of Wichita*


/s/Randall K. Rathbun
Randall K. Rathbun #09765