# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **CHRIS HAULMARK**, | ) |
| Plaintiff, | ) |
| V. | ) |
| **CITY OF WICHITA**, | ) |
| and | ) Civil Action No. 21-1182-EFM-TJJ |
| **BRANDON WHIPPLE**, in his official | ) |
| capacity as the Mayor of the | ) |
| City of Wichita, | ) |
| Defendants. | ) |
| _____ | ) |

## CERTIFICATE OF SERVICE OF PLAINTIFF HAULMARK'S
## RULE 26(A)(1) INITIAL DISCLOSURES TO DEFENDANTS

I hereby certify that on October 13th, 2021, a true and correct copy of Plaintiff Haulmark's Rule 26(a)(1) Initial Disclosures was sent via email as an attached file in format of PDF to each of the following:

Erik S. Houghton,
455 North Main
13th Floor
Wichita, Kansas 67202
ehoughton@wichita.gov
*Attorney for Defendant City of Wichita*

Randall K. Rathbun
Depew, Gillen, Rathbun & McInteer, LC
8301 E. 21st St., Ste. 4500
Wichita, KS 67206-2936
randy@depewgillen.com
*Attorney for Defendant Brandon Whipple*

Respectfully submitted this 24th of November

Chris Haulmark
PLAINTIFF, *pro se*
chris@sigd.net
600 S. Harrison St
Apt #11
Olathe, KS 66061
512-366-3981