# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **CHRIS HAULMARK,** | ) |
| Plaintiff, | ) |
| V. | ) |
| **CITY OF WICHITA,** | ) |
| and | ) Civil Action No. 21-1182-EFM-TJJ |
| **BRANDON WHIPPLE**, in his official | ) |
| capacity as the Mayor of the | ) |
| City of Wichita, | ) |
| Defendants. | ) |
| | ) |

## CERTIFICATE OF SERVICE OF PLAINTIFF HAULMARK'S IDENTIFIED DOCUMENTS TO DEFENDANTS

I hereby certify that on December 17, 2021, a true and correct copy of Plaintiff Haulmark's documents, identified in Rule 26(a) Initial Disclosures, was sent via email as an attached file in format of PDF to each of the following:

Erik S. Houghton,
455 North Main
13th Floor
Wichita, Kansas 67202
ehoughton@wichita.gov
*Attorney for Defendant City of Wichita*

Randall K. Rathbun
Depew, Gillen, Rathbun & McInteer, LC
8301 E. 21st St., Ste. 4500
Wichita, KS 67206-2936
randy@depewgillen.com
*Attorney for Defendant Brandon Whipple*

Respectfully submitted this 17th of December

Chris Haulmark
PLAINTIFF, *pro se*
chris@sigd.net
600 S. Harrison St
Apt #11
Olathe, KS 66061
512-366-3981