# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **CHRIS HAULMARK,** ) | |
| Plaintiff, ) | |
| V. ) | |
| **CITY OF WICHITA,** ) | |
| and ) | Civil Action No. 21-1182-EFM-TJJ |
| **BRANDON WHIPPLE,** in his official ) | |
| capacity as the Mayor of the ) | |
| City of Wichita, ) | |
| Defendants. ) | |
| ) | |

## CERTIFICATE OF SERVICE OF PLAINTIFF HAULMARK'S
## GOOD-FAITH SETTLEMENT PROPOSAL TO DEFENDANTS

I hereby certify that on December 24, 2021, a true and correct copy of Plaintiff Haulmark's good-faith settlement proposal, was sent via email as an attached file in format of PDF to each of the following:

Erik S. Houghton,
455 North Main
13th Floor
Wichita, Kansas 67202
ehoughton@wichita.gov
*Attorney for Defendant City of Wichita*

Randall K. Rathbun
Depew, Gillen, Rathbun & McInteer, LC
8301 E. 21st St., Ste. 4500
Wichita, KS 67206-2936
randy@depewgillen.com
*Attorney for Defendant Brandon Whipple*

--------------------------------------------------------

Respectfully submitted this 24th of December

Chris Haulmark
PLAINTIFF, *pro se*
chris@sigd.net
600 S. Harrison St
Apt #11
Olathe, KS 66061
512-366-3981