# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CHRIS HAULMARK, | ) |
| Plaintiff, | ) |
| V. | ) |
| CITY OF WICHITA, | ) |
| and | ) Civil Action No. 21-1182-EFM-TJJ |
| BRANDON WHIPPLE, in his official | ) |
| capacity as the Mayor of the | ) |
| City of Wichita, | ) |
| Defendants. | ) |
| _____ | ) |

**MOTION FOR EXTENSION OF TIME TO FILE MOTION TO COMPEL**

As a *pro se* litigant, Chris Haulmark respectfully files this for Extension of Time to File Motion to Compel and shows the following:

1. The Complaint in the above captioned matter was filed on July 27, 2021 to seek damages, including compensatory damages, equitable relief, including declaratory and injunctive relief, award of attorney fees if counsel is ever retained by Plaintiff Haulmark, and expenses of court against the named Defendants, alleging ongoing and repeating violations of Title II of the Americans with Disabilities Act, 42 U.S.C. § 12131-12134 *et seq.* (hereinafter "ADA")

2. To obtain guidance on discovery disputes, the parties attended a video conference on December 14, 2021. The court ordered the parties to continue to confer in good faith before filing any motion to compel. Additionally, the deadline for

a motion to compel has been extended to January 14, 2022 pertaining to Plaintiff Haulmark's First Set of Requests for Production of Documents.

3. During the conferring process, both parties have come closer to finding a middle ground that could lead to a settlement.

4. Plaintiff Haulmark did not receive any objections from the Defendants on this motion after conferring with them and requesting for 21 additional days to file a motion to compel.

THEREFORE, Plaintiff Haulmark respectfully requests that this Court grant the motion for an extension of time to permit a motion to compel to be filed by February 4th, 2022.

---

Respectfully submitted this 14th of January, 2022

PLAINTIFF, *pro se*
chris@sigd.net
600 S. Harrison St
Apt #11
Olathe, KS 66061
512-366-3981

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2021, a true and correct copy of the above was sent via email as an attached file in format of PDF to the clerk of the U.S. District Court for the District of Kansas and to each of the following:

Erik S. Houghton,
455 North Main
13th Floor
Wichita, Kansas 67202
*Attorney for Defendant City of Wichita*

Randall K. Rathbun
Depew, Gillen, Rathbun & McInteer, LC
8301 E. 21st St., Ste. 4500
Wichita, KS 67206-2936
*Attorney for Defendant Brandon Whipple*

/s/ChrisHaulmark
PLAINTIFF, pro se