JENNIFER MAGAÑA
City Attorney
ERIK S. HOUGHTON
Deputy City Attorney
City Hall – 13th Floor
455 North Main
Wichita, Kansas  67202-1635
(316) 268-4681
FAX:  (316) 858-7777

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CHRIS HAULMARK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.:  6:21-cv-01182-EFM-TJJ |
| ) | |
| CITY OF WICHITA, and ) | |
| BRANDON WHIPPLE, in his official ) | |
| Capacity as the Mayor of the City of ) | |
| Wichita, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT CITY OF WICHITA'S MOTION FOR ADDITIONAL TIME TO SUBMIT ITS GOOD FAITH SETTLEMENT PROPOSAL**

COMES NOW, Defendant City of Wichita, in response to the Court's Order (Docket No. 24), and submits this motion for additional time to submit Defendants' Good Faith Settlement Proposals.  In support of this Motion, Defendant states as follows:

1. On January 25, 2022, this Court entered its Order in the above-entitled matter as follows:

> ORDER. Based upon the parties' email reports to the Court (which do not constitute proper Confidential Settlement Reports), it appears that Defendant City has failed to comply with its Good Faith Settlement Proposal deadline. It is unclear whether Defendant Whipple also missed the deadline or whether the ultimate proposal will come from both parties jointly. Apparently, both Plaintiff and Defendant Whipple are waiting on the Defendant City's Good Faith

1

Settlement Proposal in order to move forward with potential settlement. Defendant City and Defendant Whipple are ordered to serve their Good Faith Settlement Proposal(s) on Plaintiff forthwith or file a motion forthwith explaining why they have failed to do so and requesting a brief but specific deadline by when they will do so. The Court will set a new deadline for all parties to submit proper Confidential Settlement Reports to the Court, after Defendant City and Defendant Whipple serve their Good Faith Settlement Proposal(s) on Plaintiff. Plaintiff's February 4, 2022 motion to compel deadline remains in place and will not be extended. Plaintiff is reminded of ECF No. [19], requiring that he cite legal authority in his motion to compel regarding Defendant Whipple's personal Facebook page. All other scheduling order deadlines also remain in place. If the parties cannot settle the case and if they desire extensions of any current deadlines, then they shall first confer in good faith, and then file an appropriate motion for any requested extensions before the pertinent deadline(s) expire. Signed by Magistrate Judge Teresa J. James on 1/25/22. Mailed to pro se party Chris Haulmark by regular mail. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (ct) (Docket No. 24).

2. As noted in Defendant City of Wichita's January 24, 2022, report to this Court, counsel for Defendant City of Wichita has been in discussions with Plaintiff Haulmark and counsel for Brandon Whipple concerning terms of a settlement addressing each of the terms included in Plaintiff's Good Faith Settlement Proposal, submitted by the Plaintiff on December 24, 2021.

3. The governing body for Defendant City of Wichita, the Wichita City Council, is a governing body that is subject to the Kansas Open Meetings Act, and can meet with counsel in executive session to consider the terms to be included in Defendant City of Wichita's settlement proposal before the proposal can be submitted to the Plaintiff. An executive session occurs by recessing from a regular Wichita City Council public meeting. The next public meeting for the Wichita City Council is scheduled for Tuesday, February 1, 2022, at which time an executive session will be held for this settlement proposal.

4. In order to comply with Kansas Open Meeting Act requirements, the Wichita City Council is unable to meet prior to the scheduled February 1, 2022, meeting date to discuss the terms of Defendant City of Wichita's settlement proposal in this matter.

5. Accordingly, Defendant City of Wichita requests an extension to February 2, 2022, for Defendants to submit their Good Faith Settlement Proposals to the Plaintiff. Additionally, Defendant City of Wichita requests an extension of time for the parties to file a Joint Mediation Notice.

6. Such a request is made in good faith by Defendant City of Wichita and not for the purposes of delaying the disposition of this case, and this request will not unduly prejudice the parties.

7. Counsel for Defendant City of Wichita has conferred with Plaintiff Haulmark and counsel for Brandon Whipple, and both parties have agreed to this requested extension.

WHEREFORE, Defendant City of Wichita prays for an Order from the Court granting additional time to February 2, 2022, for Defendants to submit their Good Faith Settlement Proposals.

Respectfully submitted,

_/s/ Erik S. Houghton_____
Erik S. Houghton, #27368
455 North Main, 13th Floor
Wichita, Kansas 67202
Phone: (316) 268-4681
Fax: (316) 858-7777
Email: ehoughton@wichita.gov
*Attorney for Defendant City of Wichita*

## CERTIFICATE OF SERVICE

       I hereby certify that on this 25th day of January, 2022, I presented the above and foregoing DEFENDANT CITY OF WICHITA'S MOTION FOR ADDITIONAL TIME TO SUBMIT ITS GOOD FAITH SETTLEMENT PROPOSAL to the clerk of the court for filing and uploading to the CM/ECF system which will send a notice of such electronic filing to the attorneys of record enrolled in the CM/ECF system, and a copy of same was sent via email to the following:

Chris Haulmark
600 S. Harrison St., Apt. #11
Olathe, KS 66061
Phone: 512-366-3981
chris@sidg.net
*Plaintiff pro se*

Randall K. Rathbun
Depew, Gillen, Rathbun & McInteer, LC
8301 E. 21st St., Ste. 4500
Wichita, KS 67206-2936
Phone: (316)262-4000
randy@depewgillen.com
*Attorney for Defendant Brandon Whipple*

                                       s/ Erik S. Houghton
                                       Erik S. Houghton, #27368
                                       *Attorney for Defendant City of Wichita*