JENNIFER MAGAÑA
City Attorney
ERIK S. HOUGHTON
Deputy City Attorney
City Hall – 13th Floor
455 North Main
Wichita, Kansas  67202-1635
(316) 268-4681
FAX:  (316) 858-7777

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CHRIS HAULMARK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.:  6:21-cv-01182-EFM-TJJ |
| | ) |
| CITY OF WICHITA, and | ) |
| BRANDON WHIPPLE, in his official | ) |
| Capacity as the Mayor of the City of | ) |
| Wichita, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**CERTIFICATE OF SERVICE OF DEFENDANT CITY OF WICHITA'S
GOOD FAITH SETTLEMENT COUNTER-PROPOSAL**

I HEREBY CERTIFY that on February 2, 2022, I served Defendant City of Wichita's

Good Faith Settlement Counter-Proposal via email to the following:

Chris Haulmark
600 S. Harrison St., Apt. #11
Olathe, KS 66061
chris@sidg.net
*Plaintiff pro se*

Randall K. Rathbun
Depew, Gillen, Rathbun & McInteer, LC
8301 E. 21st St., Ste. 4500
Wichita, KS 67206-2936
randy@depewgillen.com
*Attorney for Defendant Brandon Whipple*

1

  Respectfully submitted,

    /s/ Erik S. Houghton_____
  Erik S. Houghton, #27368
  455 North Main, 13th Floor
  Wichita, Kansas 67202
  Phone: (316) 268-4681
  Fax: (316) 858-7777
  Email: ehoughton@wichita.gov
  *Attorney for Defendant City of Wichita*

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of February, 2022, I presented the above and foregoing CERTIFICATE OF SERVICE OF DEFENDANT CITY OF WICHITA'S GOOD FAITH SETTLEMENT COUNTER-PROPOSAL to the clerk of the court for filing and uploading to the CM/ECF system which will send a notice of such electronic filing to the attorneys of record enrolled in the CM/ECF system, and a copy of same was sent via email to the following:

Chris Haulmark
600 S. Harrison St., Apt. #11
Olathe, KS 66061
Phone: 512-366-3981
chris@sidg.net
*Plaintiff pro se*

Randall K. Rathbun
Depew, Gillen, Rathbun & McInteer, LC
8301 E. 21st St., Ste. 4500
Wichita, KS 67206-2936
Phone: (316)262-4000
randy@depewgillen.com
*Attorney for Defendant Brandon Whipple*

s/ Erik S. Houghton
Erik S. Houghton, #27368
*Attorney for Defendant City of Wichita*