# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| **CHRIS HAULMARK**, | ) | |
| Plaintiff, | ) | |
| V. | ) | |
| **CITY OF WICHITA**, | ) | |
| and | ) | Civil Action No.  21-1182-EFM-TJJ |
| **BRANDON WHIPPLE**, in his official | ) | |
| capacity as the Mayor of the | ) | |
| City of Wichita, | ) | |
| Defendants. | ) | |
| _____ | ) | |

## INDEX OF EXHIBITS

Exhibit #1:   Plaintiff Haulmark's First Set of Requests for Production of Documents (Page 1 to 8)

Exhibit #2:   Defendant Whipple's Response to Plaintiff Haulmark's First Set of Requests for Production of Documents (Page 9 to 13)

Exhibit #3:   A screenshot of a March 12, 2020 Facebook Live video (Page 14)

Exhibit #4:   A screenshot of a March 18, 2020 Facebook Live video (Page 15)

Exhibit #5:   A screenshot of a March 18, 2020 pre-recorded video (Page 16 to 17)

Exhibit #6:   Emergency Order of the Sedgwick County Local Health Officer (Page 18 to 25)

Exhibit #7:   A screenshot of a March 24, 2020 Facebook Live video (Page 26)

Exhibit #8:   A screenshot of the video section of Whipple's Facebook page (Page 27 to 35)

Exhibit #9:   A screenshot of Whipple's Facebook page showing the public official badge (Page 36)

Exhibit #10: A screenshot of a July 28, 2021 YouTube video (Page 37)

Exhibit #11: A screenshot of a August 1, 2021 (Page 38)

## EXHIBIT #1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| **CHRIS HAULMARK**, | ) | |
| Plaintiff, | ) | |
| V. | ) | |
| **CITY OF WICHITA**, | ) | |
| and | ) | Civil Action No. __21-1182-EFM-TJJ__ |
| **BRANDON WHIPPLE**, in his official | ) | |
| capacity as the Mayor of the | ) | |
| City of Wichita, | ) | |
| Defendants. | ) | |
| _____ | ) | |

### FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS

COME NOW Plaintiff Haulmark, pursuant to Federal Rule of Civil Procedure 34, makes the following requests:

### I.     DEFINITIONS

A.     "Defendants" refers to the named Defendants-- City of Wichita and Brandon Whipple-- herein and to all other persons acting or purporting to act on behalf of Defendant(s), including agents, employees, officials, and other persons.

B.     "Communication" shall mean all inquiries, discussions, conversations, negotiations, agreements, amendments, understandings, meetings, telephone conversations, letters, correspondence, notes, telegrams, telexes, advertisements, facsimiles, e-mails, textings, instant messagings or group messagings on social media platforms, newsletters, or other forms of verbal and/or communicative

# EXHIBIT #1

intercourse as any disclosure, transfer, or exchange of information or opinion, however made.

      C.      "Documentation" shall mean all written, electronically stored data, or graphic matter of every kind or description, however, produced or reproduced, whether draft or final, original, or reproduction signed or unsigned, and regardless of whether approved, signed, sent, received, redrafted, or executed, including but not limited to: written communications, letters, correspondence, facsimiles, e-mail, messaging on social media platforms, screenshots, memoranda, minutes, notes, films, recordings, of any type, transcripts, contracts, agreements, purchase or sales orders, memoranda of telephone conversations of personal conversations, diaries, desk calendars, interoffice communications, reports, studies, bills, receipts, invoices, or material similar to any of the foregoing however denominated, by whomever prepared, and to whomever addressed, which are in the Defendants' possession, custody or control or to which the Defendants have had or can obtain access.

      D.      "Social media platforms" means Facebook, YouTube, and Twitter.

      E.      "Wichita's Facebook Page" means the official Facebook page of the City of Wichita, which may be accessed at https://www.facebook.com/cityofwichita/.

      F.      "Wichita's Twitter account" means the official Twitter account of the City of Wichita, which may be accessed at https://twitter.com/cityofwichita/.

      G.      "Whipple's Facebook Page" means the Facebook page that is controlled by Defendant Brandon Whipple, which may be accessed at https://www.facebook.com/votewhipple/.

# EXHIBIT #1

H.      "Online videos" means any videos that have been pre-recorded, streamed in real time, or produced otherwise, and that have been published on the Defendants' social media platforms for anyone with an Internet-enabled device to view and benefit from.

I.      "Identify" when used with respect to an individual, means to state (1) their name; (2) business affiliation and official title and/or position; and (3) their last known residential and business address.

J.      "Identify" when used with respect to a document, means to state 1) the type of document (e.g. letter, memorandum, hand-written note, facsimile, e-mail); 2) its date of origin or creation; 3) its author and addressee; 4) its last known custodian or locations; and 5) a brief description of its subject matter and size. In lieu of identifying any document(s), the Defendants may attach a copy of it to their answer(s), indicating the question to which it is responsive.

K.      "Any" means one or more.

L.      "Person" means any person, corporation, company, partnership, joint venture, firm, association, proprietorship, agency, board, authority, commission, office or other business or legal entity, whether private or governmental.

M.      "Related to" means consist of, refer to, reflect or be in any way logically connected with the matter discussed.

N.      The period of time encompassed by these requests shall be from the date of January 13, 2020 to the date of answering, unless otherwise indicated. Note, this request is continuing up to and at the time of trial.

# EXHIBIT #1

## II.      REQUESTS

1.      Provide the Defendants' organization chart that shows who is in charge of enforcing the Americans with Disabilities Act. If there are others besides the Mayor, identify them in this chart.

2.      Provide any documentation and communication related to the analysis and evaluation of the Defendants' current facilities, services, policies, practices, programs, and activities dating back to January 2015 to be in compliance with the Americans with Disabilities Act. These include, but aren't limited to, posted ADA notices, self-evaluation plans, transition plans, and grievance procedures.

3.      Provide any documentation and communication related to the last self-evaluation process, including how, when, and which members of the Deaf and Hard of Hearing community were invited to contribute on this evaluation.

4.      Provide any documentation and communication related to Americans with Disabilities Act requests to obtain communication access received by the Defendants since January 2015.

5.      Provide any documentation and communication related to Americans with Disabilities Act requests to obtain communication access being denied by the Defendants since January 2015. If there are others besides the Mayor denying these requests, identify them.

6.      Provide any certifications, dating back to January 2015, from the City of Wichitta, citing an undue burden or hardship pursuant to the Americans with Disabilities Act. Identify the other designees, if not the Mayor.

# EXHIBIT #1

7.     Provide job description for Mayor of the City of Wichita.

8.     Provide any documentation and communication that describes the nature and scope of online videos published on the Defendants' social media platforms. Identify those responsible for posting these online videos.

9.     Provide any documentation and communication showing data or information indicating the nature of the population participating in and benefiting from these online videos published on the Defendants' social media platforms.

10.     Provide any documentation and communication including policies, procedures, and practices detailing how individuals with a hearing disability are provided equal opportunity to benefit from the aural information shared in the online videos on the Defendants' social media platforms.

11.     Provide any documentation and communication between the Defendants and other persons, such as employees, vendors, contractors, and captioners, for the purpose of making online videos accessible for individuals with a hearing disability.

12.     Provide the downloaded copy of Whipple's Facebook Page information containing: 1) "Comments and reactions", 2) "Page Profile Information", 3) "Other Personal Information", and 4) "Page Settings". Provide documentation as a list of past and current administrators and editors of Whipple's Facebook page.

13.     Provide the documentation showing the full list of "Banned People and Pages" on Whipple's Facebook Page that contains Chris Haulmark, along with the date of the ban.

## Page 5 of 38

# EXHIBIT #1

14.    Provide all copies of the online videos, only the ones that were streamed live from Whipple's Facebook Page between January 13, 2020 and the date of this request, including those that are deleted or hidden from public view. In addition to including the title and written text of these videos, provide judicially prepared transcripts to accompany all copies of these videos.

15.    Provide documentation showing all of the comments Plaintiff Haulmark posted under online videos and other posts on Whipple's Facebook Page.

16.    Provide and identify any communication from the mayor, officers, employees, agents, or other persons acting for or on behalf of City of Wichita that are related to the following keywords, uppercase or lowercase: 1) "chris", 2) "haulmark", 3) "deaf", 4) "hard of hearing", 5) "hearing impaired", 6) "americans with disabilities act", 7) "ada", or 8) "VoteWhipple".

17.    Provide any communication between Defendant Brandon Whipple's Facebook page and any persons containing or related to the following keywords, uppercase or lowercase: 1) "chris", 2) "haulmark", 3) "deaf", 4) "hard of hearing", 5) "hearing impaired", 6) "audio", 7) "asl", 8) "sign language", 9) "captions", 10) "captioning", 11) "subtitles", 12) "discrimination", 13) "americans with disabilities act", or 14) "ada".

18.    Provide any communication between Defendant Brandon Whipple and any persons containing or related to the following keywords, uppercase or lowercase: 1) "chris", 2) "haulmark", 3) "deaf", 4) "hard of hearing", 5) "hearing

# EXHIBIT #1

impaired", 6) "audio", 7) "asl", 8) "sign language", 9) "captions", 10) "captioning", 11) "subtitles", 12) "discrimination", 13) "americans with disabilities act", or 14) "ada".

19.     For Wichita's Twitter account, provide all tweets, including these deleted tweets or tweets hidden from public view, containing the keyword "VoteWhipple" or linking to any Facebook posts on Whipple's Facebook Page. Downloading the archive from Twitter could lead to the acquisition of deleted tweets from Wichita's Twitter account.

20.     For Wichita's Facebook Page, provide all Facebook posts, including these deleted posts or posts hidden from public view, containing the keyword "VoteWhipple" or linking to any Facebook posts on Whipple's Facebook Page. Downloading the archive from Facebook could lead to the acquisition of deleted Facebook posts from Wichita's Facebook page.

21.     Provide any documentation to show Page Transparency of Whipple's Facebook Page, including the "Organizations That Manage This Page", "Page History", and "People Who Manage This Page".

22.     Provide any documentation and communication showing how and why Chris Haulmark was banned from Whipple's Facebook Page.

23.     Provide documentation and communication showing how Whipple's Facebook page qualified for the "Public Official" category after it was verified by Facebook.

# EXHIBIT #1

24.     Provide any documentation and communication on when and how changes were made to Whipple's Facebook page, such as changing the category between "Public Official" and "Politician" and modifying the "About" section.

25.     Provide any documentation and communication of any nature whatsoever referred in the Defendants' Answers to Plaintiff Haulmark's Complaint.

If the Defendants decline to produce any of the requested documentation or communication, create a list identifying such documentation or communication and state the grounds for their refusal to produce each.

Plaintiff Haulmark is deemed to be requesting the above documentation and communication continuously in as much as any of the above may be obtained thereafter and must be provided within thirty (30) days of receipt of the same.

-----------------------------------------------------------------

Respectfully submitted this 13th of
October

/s/ChrisHaulmark
PLAINTIFF, *pro se*
chris@sigd.net
600 S. Harrison St
Apt #11
Olathe, KS 66061
512-366-3981

# EXHIBIT #2

Randall K. Rathbun #09765
Depew Gillen Rathbun & McInteer LC
8301 E. 21st Street, Suite 450
Wichita, KS  67206-2936
Telephone:  (316) 262-4000
randy@depewgillen.com

### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF KANSAS

| | | |
|---|---|---|
| CHRIS HAULMARK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.:  21-1182-EFM-TJJ |
| | ) | |
| | ) | |
| CITY OF WICHITA and BRANDON | ) | |
| WHIPPLE, in his official capacity as the | ) | |
| Mayor of the City of Wichita, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

RESPONSE OF BRANDON WHIPPLE TO
PLAINTIFFS REQUEST FOR PRODUCTION

COMES NOW Brandon Whipple in his official capacity as Mayor of the

City of Wichita, KS and for his response to the plaintiffs request for production

states as follows:

GENERAL OBJECTION: The Mayor has two Facebook pages: a personal

page and a campaign page.  The City also has a Facebook page for the Mayor,

# EXHIBIT #2

which is under the control of the City Manager's Office.  The Mayor objects to the

production of documents from his personal Facebook page. The following

responses are related to the Mayor's campaign page.  The provisions of the ADA

are not applicable to Brandon Whipple's campaign page as Mayor of the City of

Wichita.

1.      Brandon Whipple has a Facebook campaign page in which he

discusses public issues: https://www.facebook.com/VoteWhipple/.   The

"Whipple For Mayor" campaign organizational chart is as follows: Brandon

Whipple, candidate and Chelsea Whipple, treasurer.

2.      Whipple was not Mayor in 2015.  The "Whipple for Mayor"

campaign has no employees and no internal policies concerning the ADA.

3.       The Mayor has no documents responsive to this request.

4.      As a political campaign with no employees, the Whipple For Mayor

campaign has no internal policy documentation related to the ADA.

5.       The Mayor has no documents responsive to this request.

6.       The Mayor has no documents responsive to this request

7.       The Mayor has no documents responsive to this request; however,

the City Ordinance describes the role of the Mayor.

8.      The City of Wichita's social media accounts are not accessible to the

Mayor as far as creation or posting of content. To the Mayor's knowledge, there

is no documentation or communications in addition to what is publicly posted

and available for posts made on his "Whipple For Mayor" campaign page.

# EXHIBIT #2

9.      The Mayor has no documents responsive to this request.

10.     The Mayor has no documents responsive to this request.

11.     The Mayor has no documents responsive to this request.

12.     The Mayor objects to the production of any information from his Facebook campaign page.  This is a campaign page and the provisions of the ADA do not apply.

13.     The Mayor objects to the production of any information from the Brandon Whipple campaign Facebook page.  This is a campaign page and the provisions of the ADA do not apply.

14.     To the Mayor's knowledge, all videos on his campaign page remain publicly available for anyone to download and transcribe.

15.     The Mayor objects to the production of any information from the Brandon Whipple Facebook campaign page.  This is a campaign page and the provisions of the ADA do not apply.

16.     The Mayor objects to the production of any information from the Brandon Whipple Facebook campaign page.  This is a campaign page and the provisions of the ADA do not apply.

17.     The Mayor objects to the production of any information from the Brandon Whipple Facebook campaign page.  This is a campaign page and the provisions of the ADA do not apply.

18.     The Mayor objects to the production of any information from the Brandon Whipple Facebook campaign page.  This is a campaign page and the

# EXHIBIT #2

provisions of the ADA do not apply.

19.     This request is not applicable to this defendant

20.     This requests is not applicable to this defendant

21.     The Mayor objects to the production of any information from the
Brandon Whipple Facebook campaign page.  This is a campaign page and the
provisions of the ADA do not apply.

22.     The Mayor objects to the production of any information from the
Brandon Whipple Facebook campaign page.  This is a campaign page and the
provisions of the ADA do not apply.

23.      The Mayor has no documents responsive to this request.

24.     The Mayor objects to the production of any information from the
Brandon Whipple Facebook campaign page.  This is a campaign page and the
provisions of the ADA do not apply.

25.     The Mayor has no documents responsive to this request.

Submitted this 22nd day of November by the undersigned:

DEPEW GILLEN RATHBUN & MCINTEER LC

/s/Randall K. Rathbun
Randall K. Rathbun #09765
8301 E. 21st Street N., Suite 450
Wichita, KS 67206-2936
(316) 262-4000
Randy@depewgillen.com
*Attorneys for Defendant Whipple*

# EXHIBIT #2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 22th day of November, 2021, the above and foregoing **Response to Plaintiff Request for Production** was sent to:

Chris Haulmark
600 S. Harrison Street, Apt. 11
Olathe, KS 66061
*Plaintiff pro se*

Erik S. Houghton
City of Wichita
455 N. Main, 13th Floor
Wichita, KS 67202
*Attorneys for Defendant City of Wichita*

/s/Randall K. Rathbun
Randall K. Rathbun #09765

# EXHIBIT #3

**March 12, 2020**

A screenshot of a Facebook Live video on Whipple's Facebook page from the mayor's office. (Screenshot taken on December 21, 2021)

https://www.facebook.com/VoteWhipple/videos/breaking-i-have-a-live-update-in-the-coronavirus-we-will-be-canceling-tonights-o/2074062586072987/



Video Description:

BREAKING: I have a live update in the Coronavirus.
We will be canceling tonight's opening event at Naftzger Park. The Sedgwick County Commission also serves as the board of health. Later today, myself, Vice Mayor Cindy Claycomb, Commission Chair Pete Meitzner and Chair Protem Lacey Cruse will meet and discuss further action.
In the next 24 hours we will have an update concerning future events. Please tune in for more information. #ILoveWichita

Comments to be reviewed:

Whipple points out that there is a replication of this video posted on City of Wichita's official Facebook page, but contains only transcript as a comment. Another commenter requests for a sign language interpreter for these announcements.

# EXHIBIT #4

**March 18, 2020**

A screenshot of the first Facebook Live video on Whipple's Facebook page. (Screenshot taken on November 23, 2021)

https://facebook.com/VoteWhipple/videos/working-from-home-out-of-an-abundance-of-caution/716434505767950



Video Description:

Working from home out of an abundance of caution.

# EXHIBIT #5

**<u>March 18, 2020</u>**

A screenshot of a pre-recorded video on Whipple's Facebook page. (Screenshot taken on November 23, 2021)

https://www.facebook.com/VoteWhipple/videos/working-from-home/2268943323405702



Video Description:

Hey everyone,
We learned late yesterday that two people who attended the NLC national conference last week tested positive for Covid-19. Therefore, out of an abundance of caution I will be working from home.
I do not feel sick or have any symptoms. This is a proactive step that everyone should take if they believe there is a chance they were exposed. Elected officials are no different. It's important we lead by example.
I will continue my duties as Mayor thanks to technology. I will continue to provide you with the latest information and video updates.
Remember Wichita, we are in this together. We will face this head on, looking out for our neighbors as well as ourselves. In the face of adversity Wichita does not fear, we focus. We do not hide, but instead we help. We're a community of collaboration and action. I'm so proud to be your Mayor. #ILoveWichita #ICTResponse

Transcription of the captions provided with this pre-recorded video:

"Hey, everyone, this is your Mayor Brandon Whipple. I just want to give you an update that I will be working from home for today and possibility the next few days. Myself and three other Council Members attended a National League of Cities conference last week, where out of the thousands of people who were there, two of them have apparently tested positive for the

# EXHIBIT #5

Coronavirus. So we want to be proactive, and we want to make sure that we're following best practices and not putting other people at risk. I'll let you know that I feel great. I have no symptoms at. I feel fine. And so do the other members of the Council. This is out of the need to be proactive and out of utilizing extreme precautions. I'm gonna keep you updated. We're still working, myself and the other Council Members. We just aren't going to be in the office. So, please stay following our social media to stay up to date!"

**EXHIBIT #6**



*Sedgwick County...*
*working for you*

---

### EMERGENCY ORDER OF THE SEDGWICK
### COUNTY LOCAL HEALTH OFFICER

March 24, 2020

***Applicable within the entirety of Sedgwick County, Kansas***

This Emergency Public Health Order is effective the 25th day of March, 2020, at 12:01 A.M. to mitigate the spread of the novel coronavirus disease 2019 (COVID-19) epidemic in Sedgwick County, Kansas pursuant to the authority provided in K.S.A. 65-119, Sedgwick County Charter Resolution No. 58, and other applicable laws or regulations.

WHERE AS, the Local Health Officer is authorized and required, pursuant to K.S.A. 65-119, and Sedgwick County Charter Resolution No. 58 to immediately exercise and maintain a supervision over known or suspected cases of any infectious or contagious disease during its continuance, and to issue orders seeing that all such cases are properly handled and that the provisions of the Kansas public health laws as to isolation, quarantine, and disinfection are duly enforced; and

WHEREAS, the Local Health Officer is appointed by Sedgwick County pursuant to Charter Resolution No. 58 and is authorized, pursuant to K.S.A. 65-119(a) to prohibit public gatherings when necessary for the control of any and all infectious or contagious diseases, and to use all known measures to present the spread of any infectious, contagious, or communicable disease pursuant to Charter Resolution No. 58 and consistent with K.S.A. 65-202; and

WHEREAS, on March 16, 2020, the Chairman of the Board of County Commissioners found that a disaster was imminent within Sedgwick County, Kansas as a result of the COVID-19 infectious and contagious disease; and

WHEREAS, on March 18, 2020, the Board of County Commissioners voted to extend the Sedgwick County state of local disaster emergency for 60 days; and

WHEREAS, COVID-19 is a respiratory disease that spread easily from person to person and may result in serious illness or death, has been confirmed in Kansas and Sedgwick County, resulting in serious illness and multiple deaths to date in Kansas; and

WHEREAS, such conditions endanger health, safety, and welfare of persons and property within Sedgwick County, Kansas; and

WHEREAS, to reduce the spread of COVID-19, the United States Centers for Disease Control (CDC), the Kansas Department of Health and Environment (KDHE), and the

1

Sedgwick County Local Health Officer, all recommend implementation of community mitigation strategies to increase containment of COVID-19, including cancellation of large gatherings and social distancing in smaller gatherings; and

WHEREAS, the worldwide outbreak of COVID-19 and the resulting epidemic in Kansas and Sedgwick County continue to threaten the life and health of our citizens and visitors as well as the vitality of the economy and remains a public disaster affecting life, health, property, and the public peace; and

WHEREAS, this public health order to stay at home is being issued to slow the rate of community spread of COVID-19 through intensified social distancing.  It is estimated that each COVID-19 positive person could infect between 2.6 to 4 other people. Furthermore, there is emerging evidence of transmission among pre-symptomatic and asymptomatic people, making routine case-finding and exposure tracing strategies insufficient.  Social distancing strategies are effective when implemented early enough— ideally within 2 weeks of the first case and are key to flattening the epidemic curve to prevent overwhelming our local health care system's ability to care for the proportion of residents who develop severe symptoms.  Early implementation of this strategy is even more important in the context of limited available testing.  With full community cooperation, this proactive health order can minimize the impact of COVID-19 on our Sedgwick County community.

NOW, THEREFORE, BE IT ORDERED by the Sedgwick County Local Health Officer, pursuant to the above authorities that:

**Section 1.  Definitions and Exemptions**

A.  For purposes of this Order, "Social Distancing Requirements" means maintaining at least 6 feet of social distancing from other individuals, washing hands with soap and water for at least 20 seconds as frequently as possible or using hand sanitizer, covering coughs and sneezes (into the sleeve or elbow, not hands), regularly cleaning high-touch surfaces, and not shaking hands.

B.  For purposes of this Order, individuals are directed to stay at home and leave their residence only to perform any of the following "Essential Activities" as described below.  All businesses and operations in Sedgwick County, except Essential Businesses as defined below, are required to cease all activities at their places of business, although such businesses may also continue operations consisting exclusively of employees or contractors performing activities from their own residences (i.e., working from home).  People at high risk of severe illness from COVID-19 and people who are sick are urged to stay in their residence except as necessary to seek medical care.

i.    To engage in activities or perform tasks essential to their health and safety, or to the health and safety of their family or household members (including, but not limited to, pets) such as, by way of example only and

2

without limitation, obtaining medical supplies or medication, or visiting a health care professional;

ii.   To obtain necessary services or supplies for themselves and their family or household members, to obtain supplies they need to work from home, or to deliver those services or supplies to others, such as by way of example only and without limitation, canned food, dry goods, fresh fruits and vegetables, pet supplies, fresh meats, fish, and poultry, and any other household consumer products, and products necessary to maintain the safety, sanitation, and essential operation of residences;

iii.  To engage in outdoor activity, provided the individuals comply with Social Distancing Requirements as defined in this Section, such as, by way of example and without limitation, walking, hiking, or running. Individuals may use parks or other public areas.  However, use of playground equipment is discouraged;

iv.   To perform work providing essential products and services at an Essential Business or to otherwise carry out activities specifically permitted in this Order;

v.    To care for a family member or pet in another household, or engage in transportation or to transport the family member or pet to provide for such care;

vi.   To comply with valid court or administrative orders;

vii.  To work for or obtain services at any "Healthcare Operations" location including hospitals, clinics, dentists, pharmacies, pharmaceutical and biotechnology companies, other healthcare facilities, healthcare suppliers, home healthcare services providers, mental health providers, or any related and/or ancillary healthcare services.  "Healthcare Operations" also includes veterinary care and all healthcare services provided to animals. This exemption shall be construed broadly to avoid any impacts on the delivery of healthcare, broadly defined.  "Healthcare Operations" does not include activities at fitness and exercise gyms and similar facilities;

viii. To provide any services or perform any work necessary to the operations and maintenance of "Essential Infrastructure," including, but not limited to, public works construction, construction of housing (in particular, affordable housing or housing for individuals experiencing homelessness), airport operations, aerospace, national defense, water, sewer, gas, electrical, oil refining, roads and highways, public transportation, solid waste collection and removal, internet and telecommunications systems (including the provision of essential global, national, and local infrastructure for computing services, business infrastructure,

3

communications, and web-based services), provided that individuals carry out those services or that work in compliance with Social Distancing Requirements as defined in this Section to the extent possible.

C. For purposes of this Order, all first responders, emergency management personnel, emergency dispatchers, court personnel, and law enforcement personnel, United States Armed Forces personnel and activities related thereto, and others working for or to support Essential Businesses are categorically exempt from this Order. Further, nothing in this Order shall prohibit any individual from performing or accessing "Essential Governmental Functions." Essential Government Functions means all services needed to ensure the continuing operation of the government agencies and provide for the health, safety, and welfare of the public. All Essential Governmental Functions shall be performed in compliance with Social Distancing Requirements as defined in this Section, to the extent possible.

D. For purposes of this Order, covered businesses include any for-profit, non-profit, or educational entities, regardless of the nature of the service, the function they perform, or its corporate or entity structure.

E. For purposes of this Order, "Essential Businesses" means:

i. Healthcare Operations, Essential Infrastructure, and Essential Governmental Functions;

ii. Grocery stores, certified farmers' markets, farm and produce stands, supermarkets, food banks, convenience stores, and other establishments engaged in the retail sale of canned foods, dry goods, fresh fruits and vegetables, pet supply, fresh meats, fish and poultry, liquor stores, and any other household consumer products (such as cleaning and personal care products). This includes stores that sell groceries and also sell other non-grocery products, and products necessary to maintaining the safety, sanitation, and essential operation of residences; however, the touching of unpacked baked good is prohibited;

iii. Food cultivation, including farming, livestock, and fishing;

iv. Human and animal food processing facility workers;

v. Businesses that provide food, shelter, and social services, and other necessities of life for economically disadvantaged or otherwise needy individuals;

vi. Newspapers, television, radio, and other media services;

4

vii.    Gas stations and auto-supply, auto-repair and servicing, emergency road services, and related facilities;

viii.    Banks and related financial institutions;

ix.    Hardware stores;

x.    Plumbers, electricians, exterminators, construction, cleaning and janitorial staff, security staff, HVAC, painting, moving and relocation services, lawn care and landscaping and other trades and services providers who provide services that are necessary to maintain the safety, sanitation, and essential operation of residences, Essential Activities, and Essential Businesses;

xi.    Businesses providing mailing and shipping services, including post office boxes;

xii.    Educational institutions, which includes public and private K-12 schools, colleges, and universities, for purposes of facilitating distance learning or performing essential functions related to distance learning and support to other essential businesses (such as transportation and law enforcement), provided that social distancing of 6-feet per person is maintained to the greatest extent possible. School buildings may be used if needed to house individuals, distribute food, provide medical care, distance learning or any other services deemed necessary to protect the life and property and other critical resources;

xiii.    Laundromats, dry cleaners, and laundry service providers;

xiv.    Restaurants and other facilities that prepare and serve food and/or beverages, but only for drive thru, delivery, or carry out and not for consumption of food and/or beverages on the premises. Schools and other entities that typically provide free food services to students or members of the public may continue to do so under this Order on the condition that the food is provided to students or members of the public on a pick-up and takeaway basis only. Schools and other entities that provide food services under this exemption shall not permit food to be eaten at the site where it is provided, or at any other gathering site;

xv.    Businesses that supply products needed for people to work from home;

xvi.    Businesses that supply other Essential Businesses with the support or supplies necessary to operate;

xvii.    Businesses that ship or deliver groceries, food, beverages, goods or services directly to residences;

5

xviii.   Taxis, aircraft, commercial transportation and logistics providers and services and other transportation providers providing transportation services necessary for Essential Activities and other purposes expressly authorized in this Order;

xix.   Home-based care for seniors, adults, or children;

xx.   Residential facilities and shelters for seniors, adults, and children;

xxi.   Professional services, such as legal services, accounting services, real estate services, and insurance services;

xxii.   Childcare facilities providing services that enable employees exempted from this Order to work as permitted.  To the extent possible, childcare facilities must operate under the following mandatory conditions:

    a.   Childcare must be carried out in stable groups of 10 or fewer ("stable" means that the same 10 or fewer children are in the same group each day);

    b.   Children shall not change from one group to another;

    c.   If more than one group of children is cared for at the same facility, each group shall be in separate rooms and groups shall not mix with each other; and

    d.   Children providers shall remain solely with one group of children;

xxiii.   Mortuary, cremation, and burial services;

xxiv.   Hotels and motels, to the extent used for lodging and delivery or carry-out food services;

xxv.   Manufacturing companies, distributors, and supply chain companies producing and supplying essential products and services in and for residences and industries such as pharmaceutical, technology, biotechnology, healthcare, chemicals and sanitation, waste pickup and disposal, agriculture, food and beverage, transportation, aerospace, energy, steel and steel products, petroleum, lubricants and fuel, mining construction, national defense, communications, as well as products and services used by Essential Businesses; and

xxvi.   Leaders and employees of religious institutions.

**Section 2.**  Essential Businesses must take proactive measures to ensure compliance with Social Distancing Requirements, including where possible:

6

i.      *Designate 6-foot distances.* Designating with signage, tape, or by other means 6-foot spacing for employees and customers in line to maintain appropriate distance;

ii.     *Hand sanitizer and sanitizing products.* Having anti-microbial soap and water or hand sanitizer and sanitizing products readily available for employees and customers;

iii.    *Separate operating hours for vulnerable populations.* Implementing separate operating hours for elderly and vulnerable customers;

iv.     *Online and remote access.* Posting online whether a facility is open and how to best reach the facility and continue services by phone or remotely; and

v.      *Protective equipment.* As supplies are currently available and become available, providing employees who have frequent contact with the public with protective equipment, including but not limited to gloves and masks.

**Section 3.** All large public gatherings of people in Sedgwick County are prohibited unless otherwise ordered by the Local Health Officer or the Board of County Commissioners, sitting as the Board of Health. Large public gatherings are those with more than ten (10) people in attendance or anticipated to attend, both indoor and outdoor, except for Essential Businesses. A "gathering" does not include normal operations at spaces where persons may be in transit or coming and going individually or in groups of less than ten (10) persons. For all gatherings of people, the Local Health Officer strongly encourages everyone to follow the guidance provided by the CDC, and federal, state and local public health officials and private medical providers.

**Section 4.** Pursuant to K.S.A. 65-119, Sedgwick County Charter Resolution No. 58, and other legal authority, any sheriff, deputy sheriff or other law enforcement officer of the state or any political subdivision within Sedgwick County, Kansas is hereby ordered to assist in the execution or enforcement of this Order.

**Section 5.** This Order may be supplemented or modified as required for the effective and efficient management and control of the COVID-19 epidemic in Sedgwick County by further order or direction of the Board of County Commissioners, acting as the Board of Health, or by the Sedgwick County Local Health Officer.

**Section 6.** This Order is effective at 12:01 A.M. on Wednesday, March 25, 2020, and shall remain in effect for 30 days, until April 23, 2020, unless sooner amended superseded, or rescinded.

**Section 7.** This Order vacates the Sedgwick County Local Health Officer Order from March 16, 2020, which prohibited public gatherings in excess of fifty (50) attendees.

IT IS SO ORDERED THIS 24th DAY OF MARCH, 2020.

Garold Minns
Sedgwick County Local Health Officer, M.D.

A copy of this order shall be published once in the official county newspaper and once in the Wichita Eagle.

# EXHIBIT #7

**<u>March 24, 2020</u>**

A screenshot of a Facebook Live video on Whipple's Facebook page. (Screenshot taken on November 23, 2021)

https://www.facebook.com/VoteWhipple/videos/going-live-to-respond-to-questions-about-the-citys-response-to-covid19-and-the-c/828137307707207



Video Description:

Going live to respond to questions about the City's response to Covid and the county commissions "stay in" order issues today. #ILoveWichita

Comments include official business about the City of Wichita:

Defendant Whipple responded to Kevin Moberly's question about what the city would do for small businesses.

**facebook**

Email or phone    Password    Log In    Forgot Account?

EXHIBIT #8



"*Together,* we can achieve immunity in *our* community."

HealthCore

### Brandon Whipple

AJ, Tristan & Julian's Dad. Chelsea's Husband. Mayor of Wichita, Kansas. Former Representative for W

Posts    About    Photos    Videos

---

**Most Popular**



This weeks live check in and chat. Thanks everyone who attended. :)

This weeks live check in and chat. Thanks everyone who attended. :)

20                                                    42 Comments  2 Shares

---

**Videos**

  

| This weeks live check in and chat. Thanks everyone who attended. :) | Getting back to our weekly updates and conversations! Thanks to those... | Happy Thanksgiving from our family to yours!! |
| 3 days ago · 394 views | 2 weeks ago · 423 views | 3 weeks ago · 601 views |
| 20 | 35 | 154 |

   

| AJ & Tristan were so brave tonight! They're doing their part to put... | Brandon Whipple's Video | Brandon Whipple's Video |
| 6 weeks ago · 2K views | 6 weeks ago · 331 views | 7 weeks ago · 296 views |
| 334 | 36 | 33 |

  

| Join us for this week's live FB update and discussion. | An absolute beautiful service today at the Kansas Firefighters memorial in... | Brandon Whipple's Video |
| 8 weeks ago · 443 views | 10 weeks ago · 1.4K views | 10 weeks ago · 671 views |
| 33 | 55 | 16 |

  

**EXHIBIT #8**


Celebrating "Hispanic Heritage Day" at Friends University. #WeAreWichita
11 weeks ago · 1.6K views
154


This week's update we discuss the "Future of Work" study, Non-...
11 weeks ago · 472 views
16


Great crowd here at the Wichita Pride parade! Thank you to the LGBTQ...
12 weeks ago · 575 views
94


Today's FB live discussion we talked C2, refugees, covid testing sites, and...
12 weeks ago · 391 views
20

When did this one get so big?!
12 weeks ago · 458 views
40


Brandon Whipple's Video
13 weeks ago · 382 views
31


Mr. Justin Noel Hall closing out the SCDP "Fight For Our Rights" virtual...
13 weeks ago · 490 views
41

Brandon Whipple's Video
14 weeks ago · 345 views
20


Live at the return of our local veterans from the Honor Flight. Huge crowd...
14 weeks ago · 430 views
42


Brandon Whipple's Video
15 weeks ago · 481 views
28

Working at a Habitat build site today! This is an incredible organization that...
16 weeks ago · 479 views
74

Our live update and weekly discussion. Thus week we talked a bit about the...
17 weeks ago · 1.8K views
56


Soccer is back!
17 weeks ago · 543 views
35

Come on out to McAdams Park to support the Wichita Urban...
18 weeks ago · 586 views
40

Brandon Whipple's Video
18 weeks ago · 558 views
39



😊
18 weeks ago · 629 views
61

Brandon Whipple's Video
19 weeks ago · 626 views
36

Lots of great discussion and questions today! Thanks everyone who...
20 weeks ago · 1.9K views
53


If you're out for the Final Friday Art crawl, come check out the Family...
20 weeks ago · 945 views
51

Return Your Ballot
20 weeks ago · 2.4K views
33

Happy Sunday y'all! Just a friendly reminder on this hot day that our...
21 weeks ago · 2.1K views
144


Brandon Whipple's Video
21 weeks ago · 586 views
46

This weeks FB Live we covered an update on our Housing assistance...
22 weeks ago · 993 views
42

At the Upward Bound graduation! Great opening song by the students...
22 weeks ago · 983 views
59



**EXHIBIT #8**





Update about the Non-discrimination ordinance being STOPPED by CM...
23 weeks ago · 4.3K views
125

Tune in for our live chat and learn the truth about our proposed Non-...
23 weeks ago · 1.5K views
62

Happy Independence Day! 😄
24 weeks ago · 978 views
53





Well, Tristan is the bravest of us all by jumping off the highest cliff today....
24 weeks ago · 1.3K views
101

We're back with our weekly live updates and discussion. :)
25 weeks ago · 571 views
30

Wichita City Pride still going strong!
25 weeks ago · 3.3K views
292





Amazing turnout for Wichita City Pride!
25 weeks ago · 1.1K views
111

Great turnout for our Prayer vigil for the officer recovering from multiple...
26 weeks ago · 686 views
48

#JuneteenthICT parade. :)
26 weeks ago · 317 views
21





Juneteenth parade! #WeAreWichita
26 weeks ago · 550 views
45

Opening statement from last week's 4-3 vote to pass our local Non-...
26 weeks ago · 2.2K views
149

Live at the grand reopening of the Charles McAfee pool! #WeAreWichita
28 weeks ago · 593 views
26




This weeks live discussion about the budget talks, $15 pay for full time cit...
29 weeks ago · 701 views
27

Happy last day of the school year to all the teachers, administrators & suppo...
30 weeks ago · 387 views
35

I'm absolutely inspired by all of the graduation pictures & messages...
30 weeks ago · 606 views
55




This weeks live discussion!
30 weeks ago · 736 views
36

Brandon Whipple's Video
31 weeks ago · 530 views
20

Riverside, We are aware of the "screaming" sounds reported & have...
31 weeks ago · 5.5K views
481




Thank you Wichita Rowing Association for inviting me to participate in the...
32 weeks ago · 979 views
44

Live at the announcement of the next President of Wichita State University!
32 weeks ago · 353 views
25

In just a few days, baseball's back in Wichita! Can't think of a better way t...
32 weeks ago · 395 views
18





This weeks update and discussion we talked ethics policy updates, covid19...
33 weeks ago · 250 views
19

At the kickoff event for the National Association of Asian Americans,...
33 weeks ago · 619 views
28

Out at North High School with Governor Kelly & our local school...
33 weeks ago · 538 views
27





**EXHIBIT #8**







Maybe I should have broke this up instead of recording it? 🤦
34 weeks ago · 3.1K views
😂 177

Join us live for our weekly discussion.
34 weeks ago · 453 views
👍❤️ 33

Out with Governor Kelly at a town hall with the Wichita Black Nurses...
35 weeks ago · 621 views
👍❤️ 39





Here is Part 2 of our weekly update and discussion, since my phone crashed...
35 weeks ago · 791 views
👍❤️ 35

Part 1 of our weekly live update and discussion. The video cuts out and my...
35 weeks ago · 604 views
👍😂 15

It was such an honor participate in the League 42 statue unveiling ceremony...
35 weeks ago · 1.6K views
❤️ 181





Happy Sunday y'all! Hope you're enjoying it as much as we are. 😊🙌
36 weeks ago · 643 views
👍❤️ 60

Check out our weekly FB live discussion. We talked Covid19, Amtra...
36 weeks ago · 1.1K views
👍❤️ 49

Happy Easter from the Whipples!
37 weeks ago · 1.2K views
❤️ 208





Sorry for missing this week's FB live update! The family and I took off for a...
37 weeks ago · 1.1K views
👍❤️ 97

This weeks FB live discussion.
38 weeks ago · 1K views
👍❤️ 60

Quick update for all of you wondering if the City will continue the County's...
38 weeks ago · 10.5K views
👍😠 253





I got the shot, have you? Phases 1-4 are open in Sedgwick County with...
39 weeks ago · 9.8K views
👍😂 156

The VA and Newman University has teamed up to give out Covid 19 jabs...
39 weeks ago · 1.1K views
👍❤️ 70

Just got off a call with our County and Hospital leadership. There are a ton o...
40 weeks ago · 2.2K views
👍❤️ 47





Join us for this weeks live update.
40 weeks ago · 548 views
👍❤️ 31

Check out this weeks FB live discussion! We talked covid19...
41 weeks ago · 701 views
👍❤️ 35

I thought I'd drop in on the Sedgwick County vaccination site to see how...
41 weeks ago · 702 views
👍❤️ 65





I got at least one laugh. 😄🙌
41 weeks ago · 446 views
👍 33

Brandon Whipple's Video
42 weeks ago · 665 views
👍❤️ 21

There are lots of reasons to be excited about the international cyber security...
42 weeks ago · 805 views
👍❤️ 26





In case you missed this important exchange at today's City Council...
42 weeks ago · 494 views
😂 23

Governor Kelly is in town with an announcement. Looks like the State...
43 weeks ago · 749 views
👍😂 34

TODAY begins the Wichita's Emergency Rental Assistance Progra...
43 weeks ago · 800 views
👍❤️ 13

**EXHIBIT #8**


Quick update about weather related issues with electrical problems based...
43 weeks ago · 866 views
43


Brandon Whipple's Video
44 weeks ago · 2.8K views
117


Epic snowball fight going down at the Whipples.
44 weeks ago · 601 views
61


This weeks discussion about the harsh weather ahead, what the city is doing...
44 weeks ago · 1K views
38


Just dropped in on the men's homeless shelter at Humankind Ministries to as...
44 weeks ago · 9.6K views
269


This weeks live update and discussion we talked covid19 vaccinations, our...
45 weeks ago · 763 views
38


Huge THANK YOU to "The Table Guys" in particular, Ms. Bailey Lopez for...
45 weeks ago · 2.4K views
123


Thank you Axe to Grind for hosting the Phil vs. Mayor challenge! This place i...
46 weeks ago · 802 views
22


Brandon Whipple's Video
46 weeks ago · 2.7K views
54


Hey everyone! We're about to start our live community Town Hall to discuss...
47 weeks ago · 582 views
17


Brandon Whipple's Video
47 weeks ago · 592 views
27


On this MLK Day, I'm reminded that the noble pursuit of societal justice is...
48 weeks ago · 1.1K views
50


One of them said "poop" and apparently it was the funniest thing. 😄
48 weeks ago · 561 views
40


This week's update we talked about covid19 vaccine, our new Vice Mayor,...
49 weeks ago · 1.4K views
45


Here are some highlights of what we'll be discussing tomorrow at our City...
49 weeks ago · 394 views
23


Today's weekly update covered progress on Covid19 distribution, mo...
49 weeks ago · 1.2K views
51


See what's coming up at tomorrows City of Wichita Council meeting!...
50 weeks ago · 337 views
11


First live discussion and update of the 2021! Thanks to everyone who joined...
50 weeks ago · 1.5K views
60


Check out this week's live update and discussion! We talked upcoming ethi...
51 weeks ago · 928 views
40


Merry Christmas from the Whipple's (minus Chels, she went back to bed)....
51 weeks ago · 714 views
86


It's now signed and official! Thanks again to all the community leaders w...
51 weeks ago · 832 views
39


Discussion about our expansion of social services, the new council on...
a year ago · 983 views
56


For our current Phil vs Mayor challenge, we're asking folks to dona...
a year ago · 773 views
44


Some big wins today at our final regular City Council meeting of the...
a year ago · 1.7K views
75

**EXHIBIT #8**

  

Brandon Whipple's Video
a year ago · 830 views
👍❤️ 40

Just a quick highlight from today's City
Council meeting. Thanks to the work ...
👍 41

We're about to kick off the official
virtual Holiday tree lighting! Tune in t...
👍❤️ 65

  

Brandon Whipple's Video
a year ago · 1.7K views
👍❤️ 35

Another great announcement for
Wichita this week as the Kansas...
👍 45

We have some exciting news about the
City's efforts in serving our homeless...
👍❤️ 223

  

I love the #ICTGiftCardChallenge idea
and I'm asking everyone to get behin...
a year ago · 490 views
👍❤️ 29

Brandon Whipple's Video
a year ago · 1.7K views
👍❤️ 53

Happy Thanksgiving everyone!! 😋
a year ago · 1.7K views
👍❤️ 273

  

Live at Friends University for the
Ceremony of Lights. :)
a year ago · 1.3K views
👍❤️ 74

Brandon Whipple's Video
a year ago · 959 views
👍❤️ 68

Brandon Whipple's Video
a year ago · 10.4K views
👍❤️ 137

  

Brandon Whipple's Video
a year ago · 583 views
👍❤️ 47

Reminder, our election is this Tuesday!
If you're voting by mail, your ballot...
👍 49

Brandon Whipple's Video
a year ago · 572 views
👍❤️ 35

  

Do your duty and vote early!
👍❤️ 89

Brandon Whipple's Video
a year ago · 1.9K views
👍❤️ 107

Tristan reading this book that he wrote
feels like the perfect post before our ...
a year ago · 862 views
👍❤️😍 63

  

At the announcement of our new
Molecular Diagnostic Lab opening at...
a year ago · 1.7K views
👍❤️ 127

Brandon Whipple's Video
a year ago · 1.7K views
👍❤️😍😍 80

I think the boys agree that Phoenix the
dog was a good addition to the family...
a year ago · 959 views
👍❤️ 88

  

Brandon Whipple's Video
a year ago · 627 views
👍❤️ 31

Brandon Whipple's Video
a year ago · 1.2K views
👍❤️ 46

Last week I did a podcast with
Wichita's Esports team, the Wichita...
a year ago · 1.4K views
👍❤️😍 61

**EXHIBIT #8**





Brandon Whipple's Video
a year ago · 945 views
45

Brandon Whipple's Video
a year ago · 1.2K views
51

Brandon Whipple's Video
a year ago · 593 views
14




Brandon Whipple's Video
a year ago · 849 views
61

As we honor the victims of 9/11, let us never forget the service and sacrifice...
a year ago · 735 views
44

I hope everyone is having a great weekend! Tristan certainly is. 😊
a year ago · 1.2K views
93





Brandon Whipple's Video
a year ago · 1.3K views
41

Brandon Whipple's Video
a year ago · 1.2K views
58

This semester will be different as we adjust to Covid19 restrictions....
a year ago · 874 views
35





Brandon Whipple's Video
a year ago · 1.4K views
67

The boys are now into adrenaline. #DadLife 😎
a year ago · 1.8K views
111

August 15th Live Update
a year ago · 1.2K views
56





Happy Friday y'all! #BadDad 😜
a year ago · 2K views
328

Brandon Whipple's Video
a year ago · 2.4K views
95

Brandon Whipple's Video
a year ago · 1.4K views
74





Happy to announce our "Veterans Ride Free" program! All veterans will have...
a year ago · 4.8K views
199

July 23rd updates
a year ago · 2.3K views
96

Happy 150th Birthday Wichita! We're truly a city that lives up to our Kansas...
a year ago · 1.5K views
157




Live update 07/18/2020
a year ago · 2.5K views
129

Wichita Mayor Brandon Whipple on CNN addressing Wichita's response t...
a year ago · 9.7K views
435

Let's talk LIVE about Wichita!
a year ago · 2K views
96





As June comes to a close, Chelsea and I want to tell our LGBTQ neighbors ho...
a year ago · 11.2K views
342

Brandon Whipple's Video
a year ago · 808 views
35

Mayor Whipple Demonstrates a COVID Test
a year ago · 3K views
146

**EXHIBIT #8**



Brandon Whipple's Video
a year ago · 758 views
 9



"Peace on the Right, Justice on the Left" protest. Powerful statement rig...
a year ago · 635 views
42



Brandon Whipple's Video
a year ago · 448 views
32



Covid19 testing is fast, free and easy! If you've participated in rallies or oth...
a year ago · 1.3K views
62



City wide gathering for prayers, peace, understand and justice. Thank you to...
a year ago · 1.3K views
57



Opening of the community prayer service for peace, justice and...
a year ago · 828 views
57



#blm youth lead event. Come on out!
a year ago · 1.1K views
92



Thank you to everyone for keeping the protests this weekend both peaceful...
a year ago · 2.3K views
193



LIVE at the #JusticeForGeorge rally in #Wichita. Great turnout from our who...
a year ago · 1.4K views
206



This kind of stuff is exactly what I need at the moment. :) #sprinklers #DadLife
a year ago · 378 views
61



I know these past few weeks have not been easy. I want to thank all of you f...
a year ago · 1.1K views
98



Thank you for your sacrifices
a year ago · 96 views
17



A Message from Chelsea Whipple
a year ago · 988 views
78



Lets talk social distancing and golf!
a year ago · 1.2K views
31

Meanwhile at the Whipple house. #DadLife 😎
a year ago · 543 views
19





Happy Easter from the Whipples! May today be full of rest and renewal....
a year ago · 573 views
125



In Wichita, we're honoring our frontline workers by lighting City Hall blue for...
a year ago · 1.5K views
88



Our city employees have been amazing during this crisis. As we begin makin...
a year ago · 602 views
43



Hey everyone! We all know that the Covid19 situation is hurting our local...
a year ago · 1.2K views
66



Live questions and answers session with updates about Covid19, our...
a year ago · 677 views
36



Live weekly press conference. #ILoveWichita
a year ago · 925 views
47

These last few weeks have been crazy and I want to thank everyone for your...
a year ago · 537 views
88

Checking in at the United Way to thank those helping our community.....
a year ago · 1.5K views
30

Update: March 29th
a year ago · 765 views
60

**EXHIBIT #8**


Julian's tee ball skills are getting better!! 🤙#DadLife
a year ago · 213 views
👍❤ 28


KPTS Call the Mayor – March 26, 2020
a year ago · 707 views
👍❤ 30


Getting ready for the "Call the Mayor" show happening tonight at 8pm on...
a year ago · 229 views
👍 18


Hey Wichita, I've been getting lots of questions about the new "stay at...
a year ago · 290 views
👍❤ 25


Going live to respond to questions about the City's response to Covid19...
a year ago · 932 views
👍❤ 47


Thanks for all the great work everyone in our community has been doing to...
a year ago · 1.6K views
👍❤ 60


Working from home
a year ago · 309 views
👍❤ 30


Working from home out of an abundance of caution.
a year ago · 968 views
👍❤ 64


BREAKING: I have a live update in the Coronavirus. We will be canceling...
a year ago · 1.7K views
👍❤ 44


First town hall is about to start! Come on down and make sure your voice is...
a year ago · 384 views
👍❤ 33

Tune in to KPTS channel 8 now for the live Call the Mayor show. Our number...
a year ago · 327 views
👍❤ 34


Checking in with Mayor Brandon Whipple – February 2020
a year ago · 3.7K views
👍❤ 130


Julian is out working on that future athletic scholarship! Hope everyone i...
a year ago · 264 views
👍😂❤ 34

First call of the Mayor going on LIVE at 8pm tonight! Call 316-491-5787 to a...
a year ago · 478 views
👍❤ 51


A short video from the 2020 MLK Children's Choir at the Building Bridge...
a year ago · 196 views
👍❤ 17


At the African American Renewing Interest in Spirituals Ensemble....
a year ago · 529 views
👍❤ 27


Celebrating the life and legacy of Rev. Dr. Martin Luther King Jr. with the...
a year ago · 326 views
👍❤ 31


I'm not sure what Tristan got, but he sure is excited! Merry Christmas from...
a year ago · 488 views
👍❤ 55


Only two hours left until polls close. Let's finish this race strong! We got...
2 years ago · 1.4K views
👍❤ 187


Vote Today!
2 years ago · 3.1K views
👍❤ 106


Cast Your Vote Today!
2 years ago · 2.8K views
👍❤ 62


Early Voting is Open!
2 years ago · 3.9K views
👍❤ 139


For Wichita's economy to grow, small businesses must succeed.
2 years ago · 2.8K views
👍❤ 83


Chelsea Whipple asks: CHIP IN now!
2 years ago · 536 views
👍❤ 21



# EXHIBIT #9

## Screenshot taken on July 27, 2021

A screenshot of Whipple's Facebook page with the "Public Official" badge for being the Wichita Mayor of Kansas.



# EXHIBIT #10

**July 28, 2021**

A screenshot of Plaintiff Haulmark's YouTube with the playback of a September 5, 2020 Facebook Live video on Whipple's Facebook page. (Screenshot taken on November 23, 2021)

https://www.youtube.com/watch?v=W16v13oH9CM



There is no video description for this Facebook live but there are two important comments to review.

The first comment about the bus was replied to by Defendant Whipple with a written comment about improving "our bus system." Martin Garcia also asked a question about within a zone of the city.

# EXHIBIT #11

**August 1, 2021**

A screenshot of Plaintiff Haulmark's YouTube with the playback of a July 31, 2021 Facebook Live video on Whipple's Facebook page. (Screenshot taken on November 23, 2021)

https://www.youtube.com/watch?v=QcteanT70Ew



Video description:

Lots of great discussion and questions today! Thanks everyone who participated. [smiley emoji]

Comment from Shayn Armand at 25:55 timestamp of this video:

Hi, Mayor Whipple. Thanks for doing these Q&As. I was wondering where we are about building a new water treatment facility for the city. I know that there was talks two years ago.