Randall K. Rathbun #09765
Depew Gillen Rathbun & McInteer LC
8301 E. 21st Street, Suite 450
Wichita, KS  67206-2936
Telephone:  (316) 262-4000
randy@depewgillen.com

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

| | |
|---|---|
| CHRIS HAULMARK,  )<br>  )<br>         Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>  )<br>CITY OF WICHITA and BRANDON  )<br>WHIPPLE, in his official capacity as the  )<br>Mayor of the City of Wichita,  )<br>  )<br>         Defendants.  )<br>_____ ) | Case No.:  21-1182-EFM-TJJ |

**JOINT NOTICE OF MEDIATION**

COME NOW the parties and notify the Court that they have agreed to conduct a mediation in this matter with Diane H. Sorensen of Morris Laing on March 3, 2022, at 9:30 a.m.

Respectfully submitted,

DEPEW GILLEN RATHBUN & MCINTEER LC

/s/Randall K. Rathbun
Randall K. Rathbun #09765
8301 E. 21st Street N., Suite 450
Wichita, KS 67206-2936
(316) 262-4000
Randy@depewgillen.com
*Attorneys for Defendant Whipple*

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of February, 2022, the above and foregoing **Joint Notice of Mediation** was filed via ECF and notice sent to:

Chris Haulmark
600 S. Harrison Street, Apt. 11
Olathe, KS 66061
chris@sigd.net
*Plaintiff pro se*

Erik S. Houghton
City of Wichita
455 N. Main, 13th Floor
Wichita, KS 67202
*Attorneys for Defendant City of Wichita*

/s/Randall K. Rathbun
Randall K. Rathbun #09765