JENNIFER MAGAÑA
City Attorney
ERIK S. HOUGHTON
Deputy City Attorney
City Hall – 13th Floor
455 North Main
Wichita, Kansas  67202-1635
(316) 268-4681
FAX:  (316) 858-7777

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| CHRIS HAULMARK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.:  6:21-cv-01182-EFM-TJJ |
| | ) | |
| CITY OF WICHITA, and | ) | |
| BRANDON WHIPPLE, in his official | ) | |
| Capacity as the Mayor of the City of | ) | |
| Wichita, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ADR REPORT

**TYPE OF ADR:**      **Mediation** ☒      **Other:** _____ ☐

**Name of Mediator or other Neutral:**  Diane H. Sorensen

**ADR Session Held (date):**  March 3, 2022

**Additional Session(s) Held, if any (date):**  None.

**Results of Referral to ADR**

☐ Case settled **before** ADR          ☒ Case did **not** settle

☐ Case settled **at** ADR session          ☐ Case settled in part

**Mediation Fees** (answer only if private mediator used):

Did neutral serve pro bono?          Yes ☐          No ☒

1

2

Did neutral serve for a reduced fee?   Yes ☐            No ☒

**Status of litigation when ADR occurred** - please check one:

TRO ☐            pre-discovery ☐     partial discovery **x**          discovery complete ☐

pending dispositive motion ☐          After dispositive motion ☐     other ☐ _____

**Length of ADR session:**       __4__   hours


                              Respectfully submitted,


                               _/s/ Erik S. Houghton_____
                              Erik S. Houghton, #27368
                              455 North Main, 13th Floor
                              Wichita, Kansas 67202
                              Phone: (316) 268-4681
                              Fax: (316) 858-7777
                              Email: ehoughton@wichita.gov
                              *Attorney for Defendant City of Wichita*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of March, 2022, I presented the above and foregoing ADR REPORT to the clerk of the court for filing and uploading to the CM/ECF system which will send a notice of such electronic filing to the attorneys of record enrolled in the CM/ECF system, and a copy of same was sent via email to the following:

Chris Haulmark
600 S. Harrison St., Apt. #11
Olathe, KS 66061
Phone: 512-366-3981
chris@sidg.net
*Plaintiff pro se*

Randall K. Rathbun
Depew, Gillen, Rathbun & McInteer, LC
8301 E. 21st St., Ste. 4500
Wichita, KS 67206-2936
Phone: (316)262-4000
randy@depewgillen.com
*Attorney for Defendant Brandon Whipple*

s/ Erik S. Houghton
Erik S. Houghton, #27368
*Attorney for Defendant City of Wichita*