OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
FEDERAL BUILDING
KANSAS CITY, KANSAS 66101-3056

OFFICIAL BUSINESS

21-1182-EFM-TJJ
#35

ADDITIONAL POSTAGE REQUIRED



quadient
FIRST-CLASS MAIL
IMI
$000.93⁰
05/06/2022 ZIP 66101
043M31227726
US POSTAGE

RECEIVED
MAY 16 2022
CLERK, U.S. DISTRICT COURT
KANSAS CITY, KANSAS



RETURNED TO SENDER
ADDITIONAL POSTAGE REQUIRE
*Maximum dimensions for Letter is
6 1/8 H x 11-1/2 L x 1/4 Thickness
* Large Env is
12H x 15L x 3/4 thick ( uniformly thick, non-rigid, rectangular)
$