Randall K. Rathbun #09765
Depew Gillen Rathbun & McInteer LC
8301 E. 21st Street, Suite 450
Wichita, KS   67206-2936
Telephone:  (316) 262-4000
randy@depewgillen.com

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

| | |
|---|---|
| CHRIS HAULMARK,  )<br> )<br>                    Plaintiff,  )<br> )<br>vs.  )<br> )<br> )<br>CITY OF WICHITA and BRANDON  )<br>WHIPPLE, in his official capacity as the  )<br>Mayor of the City of Wichita,  )<br> )<br>                    Defendants.  )<br>_____) | Case No.:  21-1182-EFM-TJJ |

## UNOPPOSED MOTION FOR EXTENSION

COMES NOW the defendant, Brandon Whipple, and respectfully requests that this Court grant an extension of time for ten (10) days for defendant to file his response to Plaintiff's Motion to Review Magistrate Judge's Order and Memorandum in Support (Doc. 37). In support of his motion, defendant states:

1. Plaintiff filed his Motion to Review on May 17, 2022.

2. Defendant's response is currently due on May 31, 2022.

3. Defendant has not requested a previous extension.

4. Defendant has conferred with other defense counsel and the plaintiff pro se and there is no opposition to the requested extension.

5. The extension is necessary due to the death of defense counsel's father.

WHEREFORE, defendant Whipple respectfully requests that the Court enter an order allowing him an extension of ten (10) days until June 10, 2022 to file his response to Plaintiff's Motion to Review.

Respectfully submitted,

DEPEW GILLEN RATHBUN & MCINTEER LC

/s/Randall K. Rathbun
Randall K. Rathbun #09765
8301 E. 21st Street N., Suite 450
Wichita, KS 67206-2936
(316) 262-4000
Randy@depewgillen.com
*Attorneys for Defendant Whipple*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of May, 2022, the above and foregoing **Unopposed Motion for Extension** was filed via ECF and notice sent to:

Chris Haulmark
600 S. Harrison Street, Apt. 11
Olathe, KS 66061
chris@sigd.net
*Plaintiff pro se*

Erik S. Houghton
City of Wichita
455 N. Main, 13th Floor
Wichita, KS 67202
*Attorneys for Defendant City of Wichita*

/s/Randall K. Rathbun
Randall K. Rathbun #09765