# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CHRIS HAULMARK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 6:21-cv-01182-EFM-TJJ |
| ) | |
| CITY OF WICHITA, and ) | |
| BRANDON WHIPPLE, in his official ) | |
| capacity as the Mayor of the City of ) | |
| Wichita, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## DEFENDANT CITY OF WICHITA'S NOTICE OF MOTION AND
## MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT

NOTICE IS HEREBY GIVEN that Defendant City of Wichita moves the Court to dismiss Plaintiff's Complaint or, in the alternative, enter summary judgment in favor of Defendants, with such Motion to be heard by the Court at its discretion.

As explained in the Memorandum filed concurrently, Defendant City of Wichita moves the Court to dismiss Plaintiff's claims against them pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted. In the alternative, Defendant moves for summary judgment pursuant to Federal Rule 56 and D. Kan. Rule 56.1 because of the lack of genuine dispute as to any material fact.

Respectfully submitted,

/s/ Erik S. Houghton
Erik S. Houghton, #27368
Deputy City Attorney
City Hall – 13th Floor
455 N. Main
Wichita, KS  67202
(316) 268-4681
Fax:  (316) 858-7777
Email:  ehoughton@wichita.gov
*Attorney for Defendant City of Wichita*

# CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of August, 2022, I presented the above and foregoing **Defendant City of Wichita's Notice of Motion and Motion to Dismiss or, In the Alternative, for Summary Judgment** to the clerk of the court for filing and uploading to the CM/ECF system which will send a notice of such electronic filing to the attorneys of record enrolled in the CM/ECF system, and a copy of same was sent to the following:

Chris Haulmark
600 S. Harrison St., Apt. #11
Olathe, KS 66061
Phone: 512-366-3981
chris@sidg.net
*Plaintiff pro se*

Randall K. Rathbun
Depew, Gillen, Rathbun & McInteer, LC
8301 E. 21st St., Ste. 4500
Wichita, KS 67206-2936
Phone: (316)262-4000
randy@depewgillen.com
*Attorney for Defendant Brandon Whipple*

/s/ Erik S. Houghton
Erik S. Houghton, #27368
Deputy City Attorney