# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| CHRIS HAULMARK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.: 6:21-cv-01182-EFM-TJJ |
| | ) | |
| CITY OF WICHITA, and | ) | |
| BRANDON WHIPPLE, in his official | ) | |
| capacity as the Mayor of the City of | ) | |
| Wichita, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## AFFIDAVIT OF TYLER SCHIFFELBEIN

I, Tyler Schiffelbein, of lawful age, and being first duly sworn, depose and swear as follows:

1.   I am an employee of the City of Wichita, which is a Defendant in the above-captioned matter. I have worked for the City since May of 2008. My current title is Communications Manager and I work in the City Manager Office. I have reviewed the Complaint filed by the Plaintiff in this action and am familiar with its contents in accord with my role with the City. I have personal knowledge of and am competent to testify the statements contained in this affidavit.

2.   Before receiving notice of the Complaint filed by Plaintiff, the City already offered captioning services for all pre-recorded and live videos posted by Defendant City on its Facebook page and YouTube page. The City used a third-party vendor Caption Colorado, now called VITAC for this service. The service began in 2009. All live program captioning for City7 began in 2009. I was in charge of live broadcast at that time and would operate the equipment.

1

3.     All of the City's videos posted on YouTube have closed captioning dating back to 2010. YouTube has an auto-captioning feature that provided captions on the platform. In addition, in November 2021, the City purchased and installed captioning equipment for in-house captioning of the City's videos posed to YouTube.

4.     The City started utilizing auto-captions provided by Facebook in 2020 for videos posted by the City to Facebook, and the City shifted to using its own captioning equipment for these videos beginning in November 2021.

5.     Before receiving notice of the Complaint filed by Plaintiff, the City had already begun the process of providing additional captioning services for all pre-recorded and live videos posted by Defendant City on its Facebook page and YouTube page. I had been looking into systems for a couple of months when I contacted my boss in March 2021 about purchasing our own captioning equipment system from Link Electronics. The new system also gives us the capability to upload video and audio files to embed captioning on them before posting to social media, or provide us a transcript of the audio more quickly.

6.     After conducting necessary research into the additional captioning services, the City purchased in October 2021 equipment that provides additional captioning services for all pre-recorded and live videos posted by Defendant City on its Facebook page and YouTube page. This captioning hardware was provided by Link Electronics, and it was installed and became operational with the City starting in November of 2021.

7.     On August 4, 2022, I accessed the Facebook page located at the hyperlink https://www.facebook.com/VoteWhipple. I printed and saved an image copy of that Facebook page, with such copy stored digitally on my computer. A true and correct copy of that Facebook page is attached hereto as Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on the 4th day of August, 2022.

Tyler Schiffelbein

SUBSCRIBED AND SWORN to before me this _____ day of August, 2022.

Notary Public

Mary J. Cobble
NOTARY PUBLIC
STATE OF KANSAS
My Appt. Exp. 10/19/25

# Exhibit A



Schiffelbein Affidavit - Exhibit A

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of August, 2022, I presented the above and foregoing **Affidavit of Tyler Schiffelbein** to the clerk of the court for filing and uploading to the CM/ECF system which will send a notice of such electronic filing to the attorneys of record enrolled in the CM/ECF system, and a copy of same was sent to the following:

Chris Haulmark
600 S. Harrison St., Apt. #11
Olathe, KS 66061
Phone: 512-366-3981
chris@sidg.net
*Plaintiff pro se*

Randall K. Rathbun
Depew, Gillen, Rathbun & McInteer, LC
8301 E. 21st St., Ste. 4500
Wichita, KS 67206-2936
Phone: (316)262-4000
randy@depewgillen.com
*Attorney for Defendant Brandon Whipple*

/s/ Erik S. Houghton
Erik S. Houghton, #27368
Deputy City Attorney

4