# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CHRIS HAULMARK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 6:21-cv-01182-EFM-TJJ |
| ) | |
| CITY OF WICHITA, and ) | |
| BRANDON WHIPPLE, in his official ) | |
| capacity as the Mayor of the City of ) | |
| Wichita, ) | |
| ) | |
| Defendants. ) | |
| ) | |

### DEFENDANT CITY OF WICHITA'S AND DEFENDANT BRANDON WHIPPLE'S NOTICE OF AMENDED MOTION AND AMENDED MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT

NOTICE IS HEREBY GIVEN that Defendant City of Wichita and Defendant Brandon Whipple jointly move the Court to dismiss Plaintiff's Complaint or, in the alternative, enter summary judgment in favor of Defendants, with such Amended Motion to be heard by the Court at its discretion.

This joint Notice and Amended Motion are an amendment of the Notice and Motion filed by Defendant City of Wichita on August 4, 2022. Dkt. 44. Defendant Brandon Whipple is hereby added to this Amended Motion. This Amended Motion relies on the same supporting materials, including the Memorandum in Support, the Affidavit of Tyler Schiffelbein, and the Notice to Pro Se Litigant. Dkt. 45–47. Good cause exists to allow Defendants to file the Amended Motion to avoid unnecessary duplication of arguments that apply to both Defendants.

As explained in the Memorandum filed previously, Defendants move the Court to dismiss Plaintiff's claims against them pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to

state a claim upon which relief can be granted. In the alternative, Defendants moves for summary judgment pursuant to Federal Rule 56 and D. Kan. Rule 56.1 because of the lack of genuine dispute as to any material fact.

Respectfully submitted,

/s/ Erik S. Houghton
Erik S. Houghton, #27368
Deputy City Attorney
City Hall – 13th Floor
455 N. Main
Wichita, KS  67202
(316) 268-4681
Fax:  (316) 858-7777
Email:  ehoughton@wichita.gov
*Attorney for Defendant City of Wichita*


/s/ Randall K. Rathbun
Randall K. Rathbun, #09765
DEPEW GILLEN RATHBUN & MCINTEER LC
8301 E. 21st St. N., Suite 450
Wichita, KS  67206-2936
(316) 262-4000
Email:  Randy@depewgillen.com
*Attorney for Defendant Brandon Whipple*

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of August, 2022, I presented the above and foregoing **Defendant City of Wichita's and Defendant Brandon Whipple's Notice of Amended Motion and Amended Motion to Dismiss or, In the Alternative, for Summary Judgment** to the clerk of the court for filing and uploading to the CM/ECF system which will send a notice of such electronic filing to the attorneys of record enrolled in the CM/ECF system, and a copy of same was sent to the following:

Chris Haulmark
600 S. Harrison St., Apt. #11
Olathe, KS 66061
Phone: 512-366-3981
chris@sidg.net
*Plaintiff pro se*

 

/s/ Erik S. Houghton
Erik S. Houghton, #27368
Deputy City Attorney