# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **CHRIS HAULMARK,** | ) |
| Plaintiff, | ) |
| V. | ) |
| **CITY OF WICHITA,** | ) |
| and | ) Civil Action No. __21-1182-EFM-TJJ__ |
| **BRANDON WHIPPLE**, in his official | ) |
| capacity as the Mayor of the | ) |
| City of Wichita, | ) |
| Defendants. | ) |
| _____ | ) |

## NOTICE OF APPEAL

COMES NOW Plaintiff Chris Haulmark, appearing *pro se*, hereby respectfully submits this Notice of Appeal, pursuant to Rule 3(a) and 4(a) of the Federal Rules of Appellate Procedure to this Court, to appeal to the United States Court of Appeals for the Tenth Circuit from the final judgment, Docket No. 43, as the memorandum and order, which was entered in this matter on July 19, 2022.

---

Respectfully submitted this 5th of August 2022

PLAINTIFF, *pro se*
chris@sigd.net
600 S. Harrison St
Apt #11
Olathe, KS 66061
512-366-3981

Page 1

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th of August 2022, a true and correct copy of the above and foregoing document was sent via email as an attached file in format of PDF to the clerk of the U.S. District Court for the District of Kansas and to each of the following:

| | | |
|---|---|---|
| Erik S. Houghton, <br> 455 North Main <br> 13th Floor <br> Wichita, KS 67202 <br> *Attorney for Defendant* <br> *City of Wichita* | Randall K. Rathbun <br> Depew, Gillen, Rathbun & <br> McInteer, LC <br> 8301 E. 21st St., Ste. 4500 <br> Wichita, KS 67206-2936 <br> *Attorney for Defendant* <br> *Brandon Whipple* | /s/ChrisHaulmark <br> PLAINTIFF, pro se |