FILED
United States Court of Appeals
Tenth Circuit

August 15, 2022

Christopher M. Wolpert
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

_____

CHRIS HAULMARK,

    Plaintiff - Appellant,

v.

CITY OF WICHITA, et al.,

    Defendants - Appellees.

No. 22-3150
(D.C. No. 6:21-CV-01182-EFM-TJJ)
(D. Kan.)

_____

**ORDER**

_____

On August 8, 2022, this court suspended briefing on this appeal and directed plaintiff-appellant Chris Haulmark to file a written response, addressing any basis in law for this court to exercise jurisdiction over his appeal. The court noted that, in the alternative to responding to its August 8, 2022 order, Mr. Haulmark could file a motion to voluntarily dismiss this appeal. *See* Fed. R. App. P. 42(b).

This matter is now before the court on Mr. Haulmark's *Motion to Withdraw* in which he "respectfully withdraws his pending Aug. 5th appeal."

Upon consideration, the court construes Mr. Haulmark's motion as a motion for voluntary dismissal of this appeal pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure and grants the motion as construed. *See* Fed. R. App. P. Rule 42(b); 10th Cir. R. 27.5(A)(9).

A copy of this order shall stand as and for the mandate of the court.

    Entered for the Court
    CHRISTOPHER M. WOLPERT, Clerk

    by: Lisa A. Lee
       Counsel to the Clerk