UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

| | | |
|---|---|---|
| Christopher M. Wolpert<br>Clerk of Court | | Jane K. Castro<br>Chief Deputy Clerk |

August 15, 2022

Chris Haulmark
600 S. Harrison Street, Apartment 11
Olathe, KS 66061

Mr. Erik Houghton
City of Wichita, Kansas
Law Department
455 North Main Street, 13th Floor
Wichita, KS 67202-1635

Ms. Skyler O'Hara
United States District Court for the District of Kansas
Office of the Clerk
401 North Market Street
U.S. Courthouse
Room 204
Wichita, KS 67202-0000

Mr. Randall K. Rathbun
Depew Gillen Rathbun & McInteer
8301 East 21st Street North, Suite 450
Wichita, KS 67206-2936

**RE:**   22-3150, Haulmark v. City of Wichita, et al
Dist/Ag docket: 6:21-CV-01182-EFM-TJJ

Dear Counsel, Appellant and Clerk:

Please be advised that the court issued an order today dismissing this case.

In addition, pursuant to Federal Rule of Appellate Procedure 41, the Tenth Circuit's mandate issued today, and the court's judgment takes effect. With the issuance of this letter, jurisdiction is transferred back to the lower court/agency.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

CMW/mlb