# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **CHRIS HAULMARK**, | ) |
|     Plaintiff, | ) |
|     V. | ) |
| **CITY OF WICHITA**, | ) |
|     and | ) Civil Action No. <u> 21-1182-EFM-TJJ </u> |
| **BRANDON WHIPPLE**, in his official | ) |
| capacity as the Mayor of the | ) |
| City of Wichita, | ) |
|     Defendants. | ) |
| | ) |

## PLAINTIFF'S MOTION FOR LEAVE TO
## AMEND COMPLAINT AND BRIEF IN SUPPORT

As a *pro se* litigant, Plaintiff Chris Haulmark moves this Court under Rule 15(a)(2) and 16(b)(4) of the Federal Rules of Civil Procedure for leave to file his First Amended Complaint. In support of this Motion, Plaintiff Haulmark submits the following statement:

### BRIEF IN SUPPORT

1. Plaintiff Haulmark filed his Complaint on or about July 22, 2022. (Docket No. 1)

2. Title II of the Americans with Disabilities Act (hereinafter "ADA") is the only claim against both parties in the original complaint.

3. For the first time, Plaintiff Haulmark is to amend his complaint.

4. Answers to the original complaint were filed by the named Defendants on September 2, 2022. (Docket No. 7 & 8)

5.     The Scheduling Order set the deadline for motions to amend or join additional parties to be six months ago on February 10, 2022. (Docket No. 17)

6.     February 4, 2022 and February 17, 2022 were the dates on which Plaintiff Haulmark filed the Motion to Compel Defendant Whipple and Motion to Review. (Docket No. 28 & 37)

7.     May 6, 2022 and July 19, 2022 were the dates on which Plaintiff Haulmark's Motion to Compel Defendant Whipple and Motion to Review were denied. (Docket No. 35 & 43)

8.     The Defendants filed and amended a Motion to Dismiss for Failure to State a Claim on August 4 and 5, 2022. (Docket No. 44 & 48)

9.     Plaintiff Haulmark filed a Notice of Appeal on August 5, 2022, believing that the 10th Circuit would review all decisions issued by this Court. (Docket No. 49) Haulmark mailed in a Motion to Withdraw on August 12, 2022, after learning otherwise.

10.    With the goal of preventing undue delay, Plaintiff Haulmark spent at least the last week amending his original complaint and creating this motion.

11.    In addition, Plaintiff Haulmark has two children living with him and it was the start of the new school year after a busy summer. It is difficult for him to dedicate his time as a pro se litigant.

12.    Rule 15(a)(2) of the Federal Rule of Civil Procedure states that, "The Court should freely give leave when justice so requires." Rule 16(b)(4) states that "A schedule may be modified only for good cause and with the judge's consent."

13.    During the course of pursuing a motion to compel, it did not seem reasonable to file a motion similar to this one until after all of these steps had been exhausted.

14. Prior to filing the lawsuit with the original complaint, Plaintiff Haulmark held the view that Defendant Whipple's government speech and actions on a campaign's Facebook page are the output of a public entity. He also believed the ADA is to preclude all of possible Section 1983 claims covering these allegations.

15. As new facts and evidence became available since the February deadline during the discovery period, Plaintiff Haulmark pursued them diligently and in good faith.

16. As guided by Defendant Whipple's counsel via two filings related to the Motion to Compel Defendant Whipple and Motion to Review, Plaintiff Haulmark has spent several weeks using YouTube's automatic captioning system to tediously produce transcripts from videos posted on both the City of Wichita's social media platforms and Whipple's Facebook page.

17. Some of these transcripts provide Plaintiff Haulmark with new evidence. These new facts may demonstrate potential Section 1983 claims that would not be precluded by the ADA claim in the original complaint. An example is when Defendant Whipple completely blocked Plaintiff Haulmark from his Facebook page some time after Plaintiff Haulmark filed the lawsuit. These videos, produced after this lawsuit was filed, also continue to provide information that can be retrieved as extra evidence.

18. Due to Defendant Whipple's actions following the original complaint regarding the previous allegations, Plaintiff Haulmark would like to amend his complaint with Section 1983 claims relating to free speech, petitioning the government, and retaliation, and to add Defendant Whipple in his individual capacity as a new party.

19. Due to Defendant Whipple's actions following the original complaint regarding the previous allegations, Plaintiff Haulmark would like to amend his complaint with a retaliation claim under Title V of the ADA.

20. As a result of these new claims, the summary, alleged facts, original ADA claim, and relief have been clarified after clean up.

21. Plaintiff Haulmark does not anticipate requesting the Defendants to produce transcripts as previously requested. This is considering the Defendants will not resist Defendant Whipple's suggestion to use YouTube's automatic captioning system.

22. Plaintiff Haulmark is not acting in bad faith or with undue delay, and his Motion for Leave to File his First Amended Complaint will not cause unfair prejudice, however, Plaintiff Haulmark will be substantially prejudiced if this leave is not granted. WHEREFORE, Plaintiff Haulmark respectfully request that pursuant to Rule 15(a)(2) and 16(b)(4) of the Federal Rules of Civil Procedure, this Court grant him leave to file his First Amended Complaint and for such other relief the Court deems just and proper.

---

Respectfully submitted this 22nd of August 2022

PLAINTIFF, *pro se*
chris@sigd.net
600 S. Harrison St
Apt #11
Olathe, KS 66061
512-366-3981

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd of August 2022, a true and correct copy of the above and foregoing document was sent via email as an attached file in format of PDF to the clerk of the U.S. District Court for the District of Kansas and to each of the following::

| | | |
|---|---|---|
| Erik S. Houghton, | Randall K. Rathbun | |
| 455 North Main | Depew, Gillen, Rathbun & | |
| 13th Floor | McInteer, LC | |
| Wichita, KS 67202 | 8301 E. 21st St., Ste. 4500 | |
| *Attorney for Defendant* | Wichita, KS 67206-2936 | /s/ChrisHaulmark |
| *City of Wichita* | *Attorney for Defendant* | PLAINTIFF, pro se |
| | *Brandon Whipple* | |