# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **CHRIS HAULMARK**, | ) |
| Plaintiff, | ) |
| V. | ) |
| **CITY OF WICHITA**, | ) |
| and | ) Civil Action No. _21-1182-EFM-TJJ__ |
| **BRANDON WHIPPLE**, in his official | ) |
| capacity as the Mayor of the | ) |
| City of Wichita, | ) |
| Defendants. | ) |
| | ) |

### UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND

As a pro se litigant, Chris Haulmark respectfully files an Unopposed Motion for Extension of Time to Respond for fourteen (14) days to submit a response to the Defendants' Motion to Dismiss for Failure to State a Claim. Plaintiff Haulmark states:.

1.     The Complaint in the above captioned matter was filed on July 27, 2021 to seek damages against the named Defendants, alleging ongoing and repeating violations of Title II of the Americans with Disabilities Act, 42 U.S.C. § 12131-12134 *et seq.* (hereinafter "ADA") (Docket No. 1)

2.     The Defendants filed and amended a Motion to Dismiss for Failure to State a Claim on August 4 and 5, 2022. (Docket No. 44 & 48)

3.     Plaintiff Haulmark's deadline to respond to the Defendants' motion is on August 26, 2022.

4.     Good cause exists for this motion. A motion for leave to amend complaint was filed by Plaintiff Haulmark to avoid excessive delay. (Docket No. 54) In the summer and when school began, he had a busy schedule as a single father of two children. It has been a busy schedule after classes and on weekends since the school year began couple of weeks ago. As a result, it is challenging to complete the response to the motion for dismissal and to put together the exhibits, including transcripts, to support his arguments.

5.     Plaintiff Haulmark did not receive any objections from the Defendants on this motion after conferring with them and requesting for 14 additional days to file a response.

THEREFORE, Plaintiff Haulmark respectfully requests that this Court grant the motion for an extension of time to permit his response to the Defendant's motion to dismiss to be filed by September 9th, 2022.

------------------------------------------------------------------

Respectfully submitted this 23th of
August, 2022

PLAINTIFF, *pro se*
chris@sigd.net
600 S. Harrison St
Apt #11
Olathe, KS 66061
512-366-3981

## CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2021, a true and correct copy of the above was sent via email as an attached file in format of PDF to the clerk of the U.S. District Court for the District of Kansas and to each of the following:

Erik S. Houghton,
455 North Main
13th Floor
Wichita, Kansas 67202
*Attorney for Defendant*
*City of Wichita*

Randall K. Rathbun
Depew, Gillen, Rathbun &
McInteer, LC
8301 E. 21st St., Ste. 4500
Wichita, KS 67206-2936
*Attorney for Defendant*
*Brandon Whipple*

/s/ChrisHaulmark
PLAINTIFF, pro se