# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **CHRIS HAULMARK**, | ) |
| Plaintiff, | ) |
| V. | ) |
| **CITY OF WICHITA**, | ) |
| and | ) Civil Action No.  21-1182-EFM-TJJ  |
| **BRANDON WHIPPLE**, in his official | ) |
| capacity as the Mayor of the | ) |
| City of Wichita, | ) |
| Defendants. | ) |
| | ) |

### UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND

As a pro se litigant, Chris Haulmark respectfully files an Unopposed Motion for Extension of Time to Respond for three (3) additional days to submit a response to the Defendants' Motion to Dismiss for Failure to State a Claim. Plaintiff Haulmark states:.

1.  The Complaint in the above captioned matter was filed on July 27, 2021 to seek damages against the named Defendants, alleging ongoing and repeating violations of Title II of the Americans with Disabilities Act, 42 U.S.C. § 12131-12134 *et seq*. (hereinafter "ADA") (Docket No. 1)

2.  The Defendants filed and amended a Motion to Dismiss for Failure to State a Claim on August 4 and 5, 2022. (Docket No. 44 & 48)

3.  Plaintiff Haulmark obtained his first extension for this response on August 23, 2022 for the deadline to be extended to September 9, 2022. (Docket No. 55)

4. Good cause exists for this motion. Due to the Labor Day weekend that lasts until today, and the upcoming Old Settler event in Olathe, Plaintiff Haulmark continues to maintain a busy schedule as a single father of two children. Plaintiff Haulmark, however, has completed creating the transcriptions and preparing the other exhibits as expected. Plaintiff Haulmark needs the extra time to index all exhibits and refer from each of his arguments in his pending response.

5. Plaintiff Haulmark did not receive any objections from the Defendants on this motion after conferring with them and requesting for 3 additional days to file a response.

THEREFORE, Plaintiff Haulmark respectfully requests that this Court grant the motion for an extension of time to permit his response to the Defendant's motion to dismiss to be filed by September 12th, 2022.

-------------------------------------------------------------------

Respectfully submitted this 6th of
September, 2022

PLAINTIFF, *pro se*
chris@sigd.net
600 S. Harrison St
Apt #11
Olathe, KS 66061
512-366-3981

## CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2021, a true and correct copy of the above was sent via email as an attached file in format of PDF to the clerk of the U.S. District Court for the District of Kansas and to each of the following:

Erik S. Houghton,
455 North Main
13th Floor
Wichita, Kansas 67202
*Attorney for Defendant*
*City of Wichita*

Randall K. Rathbun
Depew, Gillen, Rathbun &
McInteer, LC
8301 E. 21st St., Ste. 4500
Wichita, KS 67206-2936
*Attorney for Defendant*
*Brandon Whipple*

/s/ChrisHaulmark
PLAINTIFF, pro se