# United States District Court

------------------------- DISTRICT OF KANSAS--------------------------

**CHRIS HAULMARK,**

    **Plaintiff,**

v.               Case No: 21-1182-EFM

**CITY OF WICHITA and**
**BRANDON WHIPPLE,**

    **Defendants,**

## JUDGMENT IN A CIVIL CASE

☐ Jury Verdict.  This action came before the Court for a jury trial.  The issues have been tried and the jury has rendered its verdict.

☒ Decision by the Court.  This action came before the Court.  The issues have been considered and a decision has been rendered.  IT IS ORDERED

that pursuant to the Memorandum and Order, Doc. 63, filed on October 20, 2022, Defendants' Motion for Summary Judgment, Doc. 48, is GRANTED.

IT IS FURTHER ORDERED that Defendant City of Wichita's Motion for Summary Judgment, Doc. 44, is DENIED AS MOOT.

IT IS FURTHER ORDERED that Plaintiff's Motion for Leave to Amend, Doc. 54, is DENIED.

This case is closed.

 10/20/2022             SKYLER O'HARA
  Date               CLERK OF THE DISTRICT COURT

                  by: s/  Cindy McKee
                    Deputy Clerk