# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

CHRIS HAULMARK,

    *Plaintiff,*

vs.

CITY OF WICHITA, and BRANDON WHIPPLE, in his official capacity as the Mayor of the City of Wichita,

    *Defendants.*

Case No. 6:21-cv-01182-EFM-TJJ

## MEMORANDUM AND ORDER

This case is back before the Court on remand from the Tenth Circuit. Following a status conference, the parties agreed that Brandon Whipple should be dismissed from the case because he is no longer Mayor of Wichita. Discovery has not occurred in this case, so the Court refers the case to Magistrate Judge Teresa J. James to conduct and oversee all normal pre-trial discovery.

**IT IS THEREFORE ORDERED** that Defendant Brandon Whipple is **DISMISSED.**

**IT IS FURTHER ORDERED** that the case is referred to Magistrate Judge James.

**IT IS SO ORDERED.**

Dated this 24th day of July, 2024.

*/s/ Eric F. Melgren*
ERIC F. MELGREN
CHIEF UNITED STATES DISTRICT JUDGE