IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CHRIS HAULMARK,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF WICHITA,<br><br>    Defendant. | Case No. 21-cv-1182-EFM-TJJ |

### ORDER SETTING POST-REMAND SCHEDULING CONFERENCE

As discussed at the July 24, 2024 status conference, the undersigned U.S. Magistrate Judge, Teresa J. James, will conduct a Fed. R. Civ. P. 16 scheduling conference to set case deadlines and oversee discovery following remand of this action by the Tenth Circuit Court of Appeals. The scheduling conference will be held on **August 29, 2024, at 11:00 a.m.** (central time) by Zoom videoconference with a sign language interpreter provided. Chambers will email the Zoom log-in information to *pro se* Plaintiff, defense counsel, and the interpreter a couple days prior to the conference.

By **August 22, 2024**, the parties must confer and jointly submit a proposed scheduling order[1] in Word format as an attachment to an e-mail sent to ksd_james_chambers@ksd.uscourts.gov. The proposed scheduling order must not be filed with the clerk's office.

---

[1] A form scheduling order, revised 12/29/2022, is available on the Court's website: https://www.ksd.uscourts.gov/civil-forms.

If you have questions concerning this order's requirements, please contact the undersigned judge's courtroom deputy, Teddy Van Ness, at 913-735-2260, or by e-mail at to ksd_james_chambers@ksd.uscourts.gov.

A copy of this Order will be sent to Plaintiff by regular mail with the notice of electronic filing sent via email.

IT IS SO ORDERED.

Dated July 25, 2024, at Kansas City, Kansas.

_____
Teresa J. James
U. S. Magistrate Judge