# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **CHRIS HAULMARK**, <br> Plaintiff, <br><br> V. <br><br> **CITY OF WICHITA**, <br> Defendant. | ) <br> ) <br> ) Civil Action No. __21-1182-EFM-TJJ__ <br> ) <br> ) <br> ) <br> ) <br> ) |

## MOTION TO DISMISS WITH PREJUDICE

COMES NOW Plaintiff Chris Haulmark, pro se, and moves this Court to dismiss this action with prejudice pursuant to the Memorandum of Settlement Agreement reached between the parties on November 18, 2024, through mediation with Diane H. Sorensen.

On November 21, 2024, this Court entered an Order (Docket #78) acknowledging the parties' settlement and directing the filing of a Stipulation of Dismissal by January 6, 2025. While the Court's Order contemplates a stipulated dismissal, Plaintiff submits this Motion to Dismiss with Prejudice in accordance with the binding settlement agreement executed by all parties.

WHEREFORE, Plaintiff requests that this Court dismiss this action with prejudice, with each party to bear its own costs and attorney fees as agreed in the settlement.

Respectfully submitted this 3rd of
January, 2025

PLAINTIFF, *pro se*
chris@sigd.net
600 S. Harrison St
Apt #11
Olathe, KS 66061
512-366-3981

## CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2025, a true and correct copy of the above and foregoing document was sent via email as an attached file in format of PDF to the clerk of the U.S. District Court for the District of Kansas and to the following:

Erik S. Houghton,
455 North Main
13th Floor
Wichita, Kansas 67202
*Attorney for Defendant*
*City of Wichita*

/s/ChrisHaulmark
PLAINTIFF, pro se